Case 2:12-cv-07377-GW-RZ   Document 4-1   Filed 08/31/12   Page 1 of 2   Page ID #:40

Name & Address:
Dariush G. Adli, Esq. SBN 204959
Rasheed McWilliams, Esq. SBN 281832
ADLI LAW GROUP, P.C.
633 West 5th Street, Suite 6900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, P.C., a California Professional corporation<br><br>PLAINTIFF(S)<br>v.<br>KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-07377-GW(RZx)<br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ___First___ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Dariush G. Adli, Esq._____, whose address is _ADLI LAW GROUP, P.C, 633 W. 5th Street, Suite 6900, Los Angeles, CA 90071_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: August 31, 2012          By: _____
                                       Deputy Clerk

                                   (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                  SUMMONS

Name & Address:
Dariush G. Adli, Esq. SBN 204959
Rasheed McWilliams, Esq. SBN 281832
ADLI LAW GROUP, P.C.
633 West 5th Street, Suite 6900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, P.C., a California Professional corporation<br><br>PLAINTIFF(S)<br>v.<br>KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-07377-GW(RZx)<br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ___First___ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Dariush G. Adli, Esq._____, whose address is _ADLI LAW GROUP, P.C, 633 W. 5th Street, Suite 6900, Los Angeles, CA 90071_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: August 31, 2012

By: _____SHEA BOURGEOIS_____
Deputy Clerk

(Seal of the Court)    1184

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                     SUMMONS