1  Daniel D. Harshman, Esq., State Bar No. 177139
   daniel.harshman@adlilaw.com
2  ADLI LAW GROUP P.C.
   633 West Fifth Street, Suite 6900
3  Los Angeles, CA 90071
   Telephone: (213) 623-6546
4  Facsimile: (213) 623-6554

5  Attorneys for Plaintiff,
   ADLI LAW GROUP, P.C.
6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days<br>(L.R. 8-3)<br><br>Complaint Served: September 10, 2012<br>Current response date: October 1, 2012<br>New response date: October 31, 2012 |

20    This stipulation is entered into by and between plaintiff Adli Law Group P.C.
21 and defendants Kaneka Corporation and Kaneka North America LLC by their
22 respective counsel, stating as follows:
23    WHEREAS, plaintiff filed this action on August 28, 2012 and, prior to service
24 thereof, filed a First Amended Complaint on August 31, 2012 to correct an inadvertent
25 error in the caption;
26    WHEREAS, counsel for Kaneka Corporation and Kaneka North America LLC
27 acknowledged service of the summons and First Amended Complaint on September
28 10, 2012;

WHEREAS, defendants' response to the First Amended Complaint was originally due on October 1, 2012;

WHEREAS, plaintiff and defendants have agreed to extend the time for defendants to respond to the summons and First Amended Complaint for thirty (30) days pursuant to Local Rule 8-3;

WHEREAS, no prior extensions of time have been requested. Thus, this stipulation does not extend the time for more than a cumulative total of thirty days from the date the response initially would have been due;

THEREFORE, the parties stipulate and agree as follows:

1. Defendants Kaneka Corporation and Kaneka North America LLC shall have until October 31, 2012 to respond to the First Amended Complaint.

IT IS SO STIPULATED

Dated: September 18, 2012        LAW OFFICES OF VICTOR L. GEORGE

By: /s/ Victor L. George
VICTOR L. GEORGE, Esq.
WAYNE C. SMITH, Esq.

Attorneys for Defendants,
KANEKA CORPORATION
KANEKA NORTH AMERICA LLC

Dated: September 18, 2012        ADLI LAW GROUP P.C.

By: /s/ Daniel D. Harshman
Daniel D. Harshman, Esq.

Attorneys for Plaintiff
ADLI LAW GROUP, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 19, 2012</u> the foregoing document(s)

- <u>Stipulatoin to Extend Time to Respond to Initial Complaint by Not More Than 30 Days</u>

to the following parties and their counsel by First Class U.S. Mail, postage pre-paid:

| | |
|---|---|
| Victor L. George, Esq.<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd, First Floor<br>Torrance, CA 90503 | Counsel for defendants Kaneka Corporation and Kaneka North America, LLC |
| William F. Sondericker, Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Counsel for defendants Kaneka Corporation and Kaneka North America, LLC |

Dated: <u>September 19, 2012</u>          _/s/ Sara Alijani_