1 Daniel D. Harshman, Esq., State Bar No. 177139
daniel.harshman@adlilaw.com
2 ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
3 Los Angeles, CA 90071
Telephone: (213) 623-6546
4 Facsimile: (213) 623-6554

5 Attorneys for Plaintiff,
Adli Law Group, P.C.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, P.C., a California Professional Corporation. *Plaintiff,* vs. KANEKA CORPORATION, a Japanese Corporation, and KANEKA NORTH AMERICA, LLC, , a Texas Limited Liability Company, *Defendants.* | Case No.: CV12-07377-GW (RZx) ACKNOWLEDGEMENT OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT |

    I, William F. Sondericker, hereby acknowledge receipt of the Summons and First Amended Complaint filed by Adli Law Group, P.C. in the above referenced lawsuit. I am a partner with the New York law firm of Carter Ledyard & Milburn LLP. I am outside legal counsel to the defendant Kaneka Corporation.

    I am authorized to accept service of the Summons and First Amended Complaint on behalf of KANEKA CORPORATION.

Dated: September 10, 2012

William F. Sondericker, Esq.

---

ACKNOWLEDGEMENT OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 19, 2012</u> the foregoing document(s)

- <u>Acknowledgement of Service of Summons and First Amended Complaint for Kaneka Corporation</u>

to the following parties and their counsel by First Class U.S. Mail, postage pre-paid:

| | |
|---|---|
| Victor L. George, Esq.<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd, First Floor<br>Torrance, CA 90503 | Counsel for defendants Kaneka Corporation and Kaneka North America, LLC |
| William F. Sondericker, Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Counsel for defendants Kaneka Corporation and Kaneka North America, LLC |

Dated: <u>September 19, 2012</u>                   *Sara Alijani*

- 1 -
CERTIFICATE OF SERVICE