Daniel D. Harshman, Esq., State Bar No. 177139
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Plaintiff,
Adli Law Group, P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, P.C., a California Professional Corporation.<br><br>*Plaintiff,*<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation, and KANEKA NORTH AMERICA, LLC, a Texas Limited Liability Company,<br><br>*Defendants.* | Case No.: CV12-07377-GW (RZx)<br><br>ACKNOWLEDGEMENT OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT |

I, William F. Sondericker, hereby acknowledge receipt of the Summons and First Amended Complaint filed by Adli Law Group, P.C. in the above referenced lawsuit. I am a partner with the New York law firm of Carter Ledyard & Milburn LLP. I am outside legal counsel to the defendant Kaneka North America LLC.

I am authorized to accept service of the Summons and First Amended Complaint on behalf of KANEKA NORTH AMERICA LLC.

Dated: September 10, 2012

William F. Sondericker, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012 the foregoing document(s)

- Acknowledgement of Service of Summons and First Amended Complaint for Kaneka North America, LLC

to the following parties and their counsel by First Class U.S. Mail, postage pre-paid:

Victor L. George, Esq.
Law Offices of Victor L. George
20355 Hawthorne Blvd, First Floor
Torrance, CA 90503

Counsel for defendants Kaneka Corporation and Kaneka North America, LLC

William F. Sondericker, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Counsel for defendants Kaneka Corporation and Kaneka North America, LLC

Dated: September 19, 2012

Sara Alijani