Name & Address:
Daniel D. Harshman, Esq. [SBN #177139]
daniel.harshman@adlilaw.com
Adli Law Group, P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA  90071
Tel: 213.623.6546
Fax: 213.623.6554

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Adli Law Group P.C.<br><br>PLAINTIFF(S)<br>v.<br>Kaneka Corporation et al<br><br>DEFENDANT(S). | CASE NUMBER<br>CV12-07377-GW(RZx)<br><br>NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION |
|---|---|

**The following information must be provided:**

I, Daniel D. Harshman , 177139 , daniel.harshman@adlilaw.com
   *Name*                *CA Bar ID Number*      *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Plaintiff, Adli Law Group P.C.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
  ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to _____
  New Firm/Government Agency Name  Adli Law Group P.C.
  New Address  633 West Fifth Street, Suite 600, Los Angeles, CA  90071
  New Telephone Number  213-623-6546      New Facsimile Number  213-623-6554
  New E-mail address  daniel.harshman@adlilaw.com

☑ TO BE ADDED AS COUNSEL OF RECORD:   CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE , G-64 MUST BE FILED.

Attorney Name _____   CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____   Facsimile Number _____
New E-mail address _____

☐  TO BE REMOVED FROM THE CASE:  **

☐  I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐  The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐  There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐  I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** **This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01 ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 9-18-12 _____                    /s/ Daniel D. Harshman _____
                                                         *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 19, 2012</u> the foregoing document(s)

- <u>Notice of Change of Attorney Information</u>

to the following parties and their counsel by First Class U.S. Mail, postage pre-paid:

| | |
|---|---|
| Victor L. George, Esq.<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd, First Floor<br>Torrance, CA 90503 | Counsel for defendants Kaneka Corporation and Kaneka North America, LLC |
| William F. Sondericker, Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Counsel for defendants Kaneka Corporation and Kaneka North America, LLC |

Dated: <u>September 19, 2012</u>            /s/ Sara Alijani