Name & Address:
William F. Sondericker (NY Bar #1571439)
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Phone (212) 732-3200; Fax (212) 732-3232

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aldi Law Group, P.C., a California Professional Corporation<br><br>Plaintiff(s)<br>v.<br><br>Kaneka Corporation, a Japanese Corporation; and Kaneka North America LLC, a Texas Limited Liability Company<br><br>Defendant(s). | CASE NUMBER:<br><br>CV12-07377-GW (RZx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __William F. Sondericker__ , of __Carter Ledyard & Milburn LLP__
        *Applicant's Name*                      *Firm Name / Address*

__(212) 238-8656__                  __sondericker@clm.com__
   *Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person _____

and the designation of __Victor L. George/SBN #110504__
                              *Local Counsel Designee /State Bar Number*

of __Law Offices of Victor L. George, 20355 Hawthorne Blvd., First Floor, Torrance, CA 90503__
                                    *Local Counsel Firm / Address*

__(310) 698-0990__                   __(310) 698-0995__
   *Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____         _____
                                                       U. S. District Judge/U.S. Magistrate Judge