# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDI LAW GROUP, PC,<br><br>　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br><br>KANEKA CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>CV 12-7377-GW(RZx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

　　　The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  William F. Sondericker  , of  Carter Ledyard & Milburn, LLP
　　　*Applicant's Name*　　　　　　　　　　　　　　*Firm Name / Address*

　　212-238-8656　　　　　　　　　　　　　　sondericker@clm.com
　　　*Telephone Number*　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   ✔ Defendant

☐ Intervener or other interested person _____

and the designation of  Victor L. George/SBN #110504
　　　　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of  Law Offices of Victor L. George, 20355 Hawthorne Blvd., First Floor, Torrance, CA 90503
　　　　　　　　　　　　　　　*Local Counsel Firm / Address*

　　310-698-0990
　　*Telephone Number*　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　✔ GRANTED

　☐ DENIED.  Fee shall be returned by the Clerk.

　☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated: October 1, 2012　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU, U. S. District Judge

G–64 ORDER (11/10)            **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**