1   Victor L. George, State Bar No. 110504
    Wayne C. Smith, State Bar No. 112535
2   LAW OFFICES OF VICTOR L. GEORGE
    20355 Hawthorne Blvd,,1st Floor
3   Torrance, California 90503
    Telephone: (310) 698-0990
4   Facsimile: (310) 698-0995
    E-mail:    vgeorge@vgeorgelaw.com
5              wsmith@vgeorgelaw.com

6   Attorneys for Defendants
    KANEKA CORPORATION and
7   KANEKA NORTH AMERICA LLC

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  ADLI LAW GROUP, a California            CASE NO. CV12-07377 GW
    Corporation                            (RZx)
13
                Plaintiff,
14                                         **STIPULATION TO EXTEND
         v.                                TIME TO RESPOND TO
15                                         INITIAL COMPLAINT**

16  KANEKA CORPORATION, a
    Japanese Corporation; and              [Filed concurrently with:
17  KANEKA NORTH AMERICA                    (Proposed) Order]
    LLC, a Texas Limited Liability
18  Company,                               Complaint Filed:  August 28, 2012
                                           Trial Date:       None Set.
19              Defendants.

20

21

22

23

24  TO THE HONORABLE COURT:

25       Plaintiff  ADLI  LAW  GROUP,  P.C.,  and  Defendants  KANEKA

26  CORPORATION AND KANEKA NORTH AMERICA LLC, by and through

27  their respective counsel of record, hereby stipulate and agree as follows:

28  ///

1    WHEREAS, Plaintiff filed this action on August 28, 2012 and, prior to
2    service thereof, filed a First Amended Complaint on August 31, 2012;

3    WHEREAS, counsel for Defendants acknowledged service of the
4    Summons and First Amended Complaint on September 10, 2012;

5    WHEREAS, Defendants' Response to the First Amended Complaint was
6    due on October 1, 2012;

7    WHEREAS, on September 19, 2012, Plaintiff filed a Joint Stipulation
8    extending the time for Defendants to respond to the First Amended Complaint
9    for thirty (30) days to October 31, 2012, pursuant to Local Rule 8-3;

10   WHEREAS, the office of lead counsel for Defendants, William F.
11   Sondericker, Esq., of Carter Ledyard & Milburn in New York, has been
12   affected by Hurricane Sandy and the office is closed;

13   WHEREAS, counsel for Defendants in the East Coast requires a few
14   more days to review and finalize their Response to the First Amended
15   Complaint;

16   WHEREAS, the parties agree to an additional two (2) day continuance
17   for Defendants to respond to the First Amended Complaint to November 2,
18   2012;

19   WHEREAS, the parties have made one previous request for an extension
20   to this Honorable Court; and,

21

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1       WHEREAS, the parties hereby respectfully request an extension for

2  Defendants KANEKA CORPORATION AND KANEKA NORTH AMERICA

3  LLC, to respond to the First Amended Complaint from October 31, 2012 to

4  November 2, 2012.

5       IT IS SO STIPULATED.

6

7  Dated:  October 29, 2012      LAW OFFICES OF VICTOR L. GEORGE

8

9                   By:

10                       VICTOR L. GEORGE
                          WAYNE C. SMITH

11                       Attorneys for Defendants
                          KANEKA CORPORATION and

12                       KANEKA NORTH AMERICA LLC

13

14  Dated:   October 30, 2012      ADLI LAW GROUP, P.C.

15

16                   By:

17                       DANIEL D. HARSHMAN
                       Attorneys for Plaintiff

18                       ADLI LAW GROUP, P.C.

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT