1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | CASE NO. CV12-07377 GW (Rzx)<br><br>[Assigned to Hon. George H. Wu, Courtroom 10]<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: August 28, 2012<br>Trial Date:     None Set. |

THE COURT, having reviewed the Stipulation of the parties to extend the time for Defendants KANEKA CORPORATION and KANEKA NORTH AMERICA LLC, to respond to the First Amended Complaint and file a Counter Claim, and for good cause shown, HEREBY ORDERS:

1.     Defendants shall have until November 2, 2012 to respond to the First Amended Complaint and file a Counter Claim.

DATED: _____          _____
                                The Honorable George H. Wu
                                U.S. District Court Judge