NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 112535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com; wsmith@vgeorgelaw.com

ATTORNEYS FOR: Defendants KANEKA CORPORATION, etc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADLI LAW GROUP, a California Corporation,<br><br>Plaintiff(s),<br>v.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br>Defendant(s) | CASE NUMBER:<br><br>CV12-07377 GW (RZx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants KANEKA CORPORATION and KANEKA NORTH AMERICA LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                         **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

ADLI LAW GROUP                              Plaintiff and Counter-Defendant
KANEKA CORPORATION                  Defendant and Counter-Claimant
KANEKA NORTH AMERICA LLC      Defendant

DARIUSH G. ADLI                                Counter-Defendant
NICOLETTE HACHEM-SAWAYA    Counter-Defendant


November 2, 2012                                   _[signature]_
Date                                                          Sign

                                                                 WAYNE C. SMITH, LAW OFFICES OF VICTOR L. GEORGE
                                                                 Attorney of record for or party appearing in pro per

CV-30 (04/10)                          NOTICE OF INTERESTED PARTIES