Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 112535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>PLAINTIFF(S)<br>v.<br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, etc., et al.,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV12-07377 GW (RZx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

1. COUNTER-CLAIM
2. SUMMONS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other   Defendant KANEKA CORPORATION's COUNTER-CLAIM

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Document exempt from Electronic Filing.

| | |
|---|---|
| November 2, 2012 | WAYNE C. SMITH |
| Date | Attorney Name |
| | KANEKA CORPORATION |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)         NOTICE OF MANUAL FILING