**THOMAS J. KEARNEY** (Bar No. 150202)
  tjk@amclaw.com
**JOSEPH P. TABRISKY** (Bar No. 120749)
  jpt@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>    Defendants.<br><br>KANEKA CORPORATION, a Japanese Corporation,<br><br>    Counter-Claimant,<br><br>  vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>    Counter-Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM**<br><br>Counterclaim served: November 2, 2012<br><br>Current response date: November 26, 2012<br><br>New response date: December 26, 2012 |

## **STIPULATION**

Counter-Defendant Adli Law Group, a California corporation, by and through counter-defendant's counsel, Anderson, McPharlin & Conners LLP, and counter-

claimants, Kaneka Corporation, by and through its counsel, Law Offices of Victor L. George, hereby stipulate and agree that Counter-Defendant Adli Law Group shall have up to and including December 26, 2012 in which to respond to the Counter-claim

DATED: November 21, 2012   ANDERSON, McPHARLIN & CONNERS LLP


By: /s/ Thomas J. Kearney
   Thomas J. Kearney
   Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

DATED: November 21, 2012   LAW OFFICES OF VICTOR L. GEORGE


By: /s/ Wayne C. Smith
   Victor L. George
   Wayne C. Smith
Attorneys for Counter-Claimant KANEKA CORPORATION

1023963.1 05809-125

2
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM