# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>    Defendants.<br><br>KANEKA CORPORATION, a Japanese Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>    Counter-Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br><br>Complaint Filed: August 28, 2012<br>Trial Date:            None |

    This Court has received the Stipulation presented by counsel for Counter-defendant ADLI LAW GROUP, a California corporation and defendants and

1  counter-claimants KANEKA CORPORATION and KANEKA NORTH AMERICA
2  LLC, to extend the time for ADLI to respond to the Counterclaim, and for good
3  cause shown, IT IS HEREBY ORDERED:
4      1.    Counter-Defendant ADLI LAW GROUP, a California corporation,
5  shall have up to and including December 26, 2012 in which to file and serve its
6  response to the Counterclaim.

8  DATED: _____
                              United States District Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1024085.1 05809-125

2
ORDER CONTINUING SCHEDULING CONFERENCE