THOMAS J. KEARNEY (Bar No. 150202)
  tjk@amclaw.com
JOSEPH P. TABRISKY (Bar No. 120749)
  jpt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>　　　　Defendants.<br><br>KANEKA CORPORATION, a Japanese Corporation,<br><br>　　　　Counter-Claimant,<br><br>　vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>　　　　Counter-Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED JOINT REPORT**<br><br>Date:　December 13, 2012<br>Time:　8:30 a.m.<br>Crtrm.:　10, Courtroom of the Honorable George Wu<br><br>Trial Date:　　　None |

/ / /

/ / /

/ / /

**TO THIS HONORABLE COURT:**

## RECITALS

A.   Plaintiff and Counter-Defendant ADLI LAW GROUP, a California corporation filed this action on August 28, 2012, naming KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC (hereinafter collectively "KANEKA") as defendants.  A First Amended Complaint was filed on August 31, 2012.

B.   On November 2, 2012, KANEKA served ADLI with a Counterclaim which also named DARIUSH G. ADLI and NICOLETTE HACHEM-SAWAYA as co-counter-defendants.  Neither individual has appeared in this matter.

C.   On November 8, 2012, the Court issued an Order setting the Scheduling Conference for December 13, 2012.  In that Order, the court instructed the parties to conduct a conference in compliance with the Local Rules and Federal Rules of Civil Procedure and to submit a Joint Report on or before November 29, 2012.

D.   ADLI is represented by Anderson, McPharlin & Conners LLP on the counterclaim.  ADLI and KANEKA have stipulated to extend the time for ADLI to respond to the counterclaim to December 26, 2012 to permit new counsel to conduct its investigation.  The parties have separately filed a Stipulation with a proposed order for the extension of time to respond.

E.   Counsel for ADLI has requested that KANEKA also stipulate to continue the Scheduling Conference.  ADLI's counsel has agreed.  Counsel have agreed that for judicial efficiency, the matter should be heard on January 14, 2012.  The Joint Report shall be submitted on or before December 28, 2012.

## STIPULATION

Based on the above recitals, the parties who have appeared in this action, through their respective attorneys of record, hereby stipulate to the entry of the Order filed concurrently herewith continuing the Scheduling Conference as follows:

1.	The Mandatory Scheduling Conference will be continued from December 13, 2012 at 8:30 a.m. to January 14, 2013 at 8:30 a.m. The Joint Report shall be submitted on or before December 28, 2012.

DATED: November 21, 2012	ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Thomas J. Kearney
    Thomas J. Kearney
    Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

DATED: November 21, 2012	ADLI LAW GROUP P.C.

By: /s/ Daniel D. Harshman
    Dariush G. Adli
    Daniel D. Harshman
Attorneys for Plaintiff ADLI LAW GROUP P.C.

DATED: November 21, 2012	LAW OFFICES OF VICTOR L. GEORGE

By: /s/ Wayne C. Smith
    Victor L. George
    Wayne C. Smith
Attorneys for Counter-Claimant KANEKA CORPORATION

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1024045.1 05809-125

3
STIPULATION TO CONTINUE SCHEDULING CONFERENCE