# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>    Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND RELATED JOINT REPORT**<br><br>Date: December 13, 2012<br>Time: 8:30 a.m.<br>Crtrm.: 10, Courtroom of the Honorable George Wu<br><br>Trial Date: None |
| KANEKA CORPORATION, a Japanese Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>    Counter-Defendants. | |

    This Court has received the Stipulation presented by counsel for Plaintiff and Counter-defendant ADLI LAW GROUP, a California corporation and defendants

and counter-claimants KANEKA CORPORATION and KANEKA NORTH AMERICA LLC, requesting that this Court order a continuance of the Scheduling Conference currently set for December 13, 2012 and related November 29, 2012 joint report submission date. After review of the Stipulation and good cause appearing therein for a continuance, **IT IS SO ORDERED**:

1. The Scheduling Conference in this matter shall be continued to January 14, 2013 at 8:30 a.m. in Courtroom 10. The Joint Report shall be submitted on or before December 28, 2012.

DATED: _____
United States District Judge