1  THOMAS J. KEARNEY (Bar No. 150202)
     tjk@amclaw.com
2  JOSEPH P. TABRISKY (Bar No. 120749)
     jpt@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
4  Thirty-First Floor
   Los Angeles, California  90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  Attorneys for Counter-Defendant ADLI LAW GROUP, a
   California Corporation

7

8               UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| 11  ADLI LAW GROUP, a California Corporation, | Case No. CV 12-07377 GW (RZx) |
| 12              Plaintiff, | **PROOF OF MAIL SERVICE OF:** |
| 13  vs. | **(1)    STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM;** |
| 14  KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company, | |
| 15 | **(2)    ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM;** |
| 16 | |
| 17              Defendants. | Trial Date:          None |
| 18  KANEKA CORPORATION, a Japanese Corporation, | |
| 19 | |
| 20              Counter-Claimant, | |
| 21  vs. | |
| 22  ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual, | |
| 23 | |
| 24              Counter-Defendants. | |

1024692.1 05809-125

1
PROOF OF MAIL SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901.

On November 26, 2012, I served the following document(s) described as

    (1)    **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM;**

    (2)    **ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM;**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Almuhtada Smith Esq.<br>Adli Law Group PC<br>633 West Fifth Street, Suite 6900<br>Los Angeles, CA  90071<br>Telephone: (213) 623-6546 | Attorneys for Plaintiff Adli Law Group P.C. |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on November 26, 2012, at Los Angeles, California.

_____
Ezabella Akopians

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1024692.1 05809-125

1
PROOF OF MAIL SERVICE