| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| WAYNE C. SMITH<br>LAW OFFICES OF VICTOR L.GEORGE<br>20355 HAWTHORNE BLVD<br>1ST FLOOR<br>TORRANCE CA 90503<br>310-698-0990<br>Attorney For (Name): DEFENDANT | SBN 122535 | 310-698-0990<br><br>Ref. No. or File No.<br><br>W81509/KANEKA | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |

| Short Title of Case: |
|---|
| ADLI LAW GROUP VS KANEKA CORPORATION |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 538022 | 12/13/12 | 8:30 AM | | CV12-07377 GW(RZX) |

PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in
the within action pursuant to F.R.Civ.P.4(c) and that I served the
SUMMONS and COMPLAINT as follows:
 SUMMONS
 COUNTER-CLAIM
 CERTIFICATION AND NOTICE OF INTERESTED PARTIES
 CIVIL MINUTES-GENERAL RE:SCHEDULING CONFERENCE

1. Name and title of person served: NICOLETTE HACHEM-SAWAYA, AN INDIVIDUAL
2. Person with whom left: BRIDGETTE LANCASTER
    who's relationship is EXECUTIVE ASSISTANT

3. Date and time of delivery: 12/03/12 , 03:04 PM

4. Date mailed by first class mail: 12/04/12

5. Place of service: RESIDENCE
                    BUSINESS: 633 WEST FIFTH STREET
                              SUITE 6900
                              LOS ANGELES CA 90071

                              SUBSTITUTED SERVICE
UPON AN INDIVIDUAL OTHER THAN AN INFANT OR AN INCOMPETENT PERSON, by
delivering a copy of the summons and complaint to him personally or by
leaving copies thereof at his dwelling house or usual place of abode
with some person of suitable age and descretion then residing therein
or by delivering a copy of the summons and complaint to an agent auth-
orized by appointment or by law to receive service of process; or in a
manner consistent with F.R.Civ.P.4(e)(1)(CCP SECT. 415.20), DECLARATION OF

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct.
DATE: 12/04/12                                              SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| WAYNE C. SMITH<br>LAW OFFICES OF VICTOR L. GEORGE<br>20355 HAWTHORNE BLVD<br>1ST FLOOR<br>TORRANCE CA 90503<br>310-698-0990<br>Attorney For (Name):    DEFENDANT | SBN 122535 | 310-698-0990<br><br>Ref. No. or File No.<br>W81509/KANEKA | |

| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Short Title of Case:<br>ADLI LAW GROUP VS KANEKA CORPORATION |
|---|

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 538022 | 12/13/12 | 8:30 AM | | CV12-07377 GW(RZX) |

ATTEMPTED PERSONAL SERVICE ATTACHED.
Executed at SIGNAL HILL, state of CALIFORNIA on 12/04/12

SERVED BY: R.M. HOOD, III    FEE FOR SERVICE: $20.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independant Contractor
(2) Registration No. 5834
(3) County: LOS ANGELES
(4) Expiration: 07/17/14

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE:  12/04/12                                                SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| WAYNE C. SMITH<br>LAW OFFICES OF VICTOR L.GEORGE<br>20355 HAWTHORNE BLVD<br>1ST FLOOR<br>TORRANCE CA 90503<br>310-698-0990<br>Attorney For (Name): DEFENDANT | SBN 122535 | 310-698-0990<br><br>Ref. No. or File No.<br><br>W81509/KANEKA | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Short Title of Case:
ADLI LAW GROUP VS KANEKA CORPORATION

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 538022 | 12/13/12 | 8:30 AM | | CV12-07377 GW(RZX) |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: NICOLETTE HACHEM-SAWAYA, AN INDIVIDUAL

DOCUMENTS RECEIVED:

SUMMONS
COUNTER-CLAIM
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
CIVIL MINUTES-GENERAL RE:SCHEDULING CONFERENCE

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE
BY PERSONAL DELIVERY:
AT THE BUSINESS ADDRESS:   ADLI LAW GROUP P.C
                           633 WEST FIFTH STREET
                           SUITE 6900
                           LOS ANGELES CA 90071

11/29/12 02:45 P.M.   SECURITY CALLED UP AND WAS TOLD THE
                      DEFENDANT WAS NOT IN
11/30/12 10:00 A.M.   SUBJECT IS NOT IN PER SECURITY

PERSON ATTEMPTING SERVICE: KIM UY    FEES:$20.00


SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independant Contractor
(2) Registration No. 2012050961
(3) County: LOS ANGELES
(4) Expiration: 02/11/14

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct.
DATE: 12/04/12                                          SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| WAYNE C. SMITH<br>LAW OFFICES OF VICTOR L. GEORGE<br>20355 HAWTHORNE BLVD<br>1ST FLOOR<br>TORRANCE CA 90503<br>310-698-0990<br>Attorney For (Name):   DEFENDANT | SBN 122535 | 310-698-0990<br><br>Ref. No. or File No.<br><br>W81509/KANEKA | |

| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Short Title of Case:<br>    ADLI LAW GROUP VS KANEKA CORPORATION |
|---|

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 538022 | 12/13/12 | 8:30 AM | | CV12-07377 GW(RZX) |

DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: NICOLETTE HACHEM-SAWAYA, AN INDIVIDUAL

DOCUMENTS RECEIVED:

SUMMONS
COUNTER-CLAIM
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
CIVIL MINUTES-GENERAL RE: SCHEDULING CONFERENCE

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE
BY PERSONAL DELIVERY:
  AT THE BUSINESS ADDRESS:   ADLI LAW GROUP P.C
                             633 WEST FIFTH STREET
                               SUITE 6900
                             LOS ANGELES CA 90071

12/03/12 03:00 P.M.   SUBJECT IS NOT IN

PERSON ATTEMPTING SERVICE: R.M. HOOD, III     FEES: $20.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independant Contractor
(2) Registration No. 5834
(3) County: LOS ANGELES
(4) Expiration: 07/17/14

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 12/04/12                                        SIGNATURE