**THOMAS J. KEARNEY (Bar No. 150202)**
**tjk@amclaw.com**
**JOSEPH P. TABRISKY (Bar No. 120749)**
**jpt@amclaw.com**
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California 90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ADLI LAW GROUP, a California Corporation,

Plaintiff,

vs.

KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,

Defendants.

KANEKA CORPORATION, a Japanese Corporation,

Counter-Claimant,

vs.

ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,

Counter-Defendants.

Case No. CV 12-07377 GW (RZx)

**NOTICE OF APPEARANCE**

Trial Date: None

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

/ / /

**PLEASE TAKE NOTICE** that the counsel listed below is appearing on behalf of Counter-Defendant ADLI LAW GROUP:

Joseph P. Tabrisky (California State Bar No. 120749)
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-0080
Facsimile: (213) 622-7594
Email: jpt@amclaw.com

DATED: December 12, 2012

ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Joseph P. Tabrisky
Thomas J. Kearney
Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901.

On December 12, 2012, I served the following document(s) described as **NOTICE OF APPEARANCE** on the interested parties as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 12, 2012, at Los Angeles, California.

/s/ *Bette Barraclough*

Bette Barraclough

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**SERVICE LIST**
**Adli Law Group v. Kaneka Corporation, et al.,**
**USDC - Central - CV 12-07377 GW (RZx)**

**ECF PARTICIPANTS:**

| | |
|---|---|
| Dariush G. Adli, Esq.<br>Rasheed McWilliams Esq.<br>Adli Law Group PC<br>633 West Fifth Street, Suite 6900<br>Los Angeles, CA 90071<br>Telephone: (213) 623-6546<br>E-Mail: adli@adlilaw.com<br>E-Mail: Rasheed.mcwilliams@adilaw.com | Attorneys for Plaintiff Adli Law Group P.C. |
| Victor L. George, Esq.<br>Wayne C. Smith, Esq.<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd., First Floor<br>Torrance, CA 90503<br>Telephone: (310) 698-0990<br>Facsimile: (310) 698-0995<br>E-Mail: vgeorge@vgeorgelaw.com<br>E-Mail: wsmith@vgeorgelaw.com | Attorneys for Defendants Kaneka Corporation and Kaneka North America LLC; and Attorneys for Cross-Complainant Kaneka Corporation |
| William F. Sondericker, Esq.<br>Carter Ledyard & Milburn, LLP<br>2 Wall Street<br>New York, NY 10005-2072<br>Telephone: (212) 732-3200<br>Facsimile: (212) 732-3232<br>E-Mail: sondericker@clm.com | Co-Counsel for Defendants Kaneka Corporation and Kaneka North America LLC; and Attorneys for Cross-Complainant Kaneka Corporation |

**NON-ECF PARTICIPANTS:**

| | |
|---|---|
| Almuhtada Smith Esq.<br>Adli Law Group PC<br>633 West Fifth Street, Suite 6900<br>Los Angeles, CA 90071<br>Telephone: (213) 623-6546 | Attorneys for Plaintiff Adli Law Group P.C. |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594