**THOMAS J. KEARNEY (Bar No. 150202)**
**tjk@amclaw.com**
**JOSEPH P. TABRISKY (Bar No. 120749)**
**jpt@amclaw.com**
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California 90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ADLI LAW GROUP, a California Corporation,

Plaintiff,

vs.

KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,

Defendants.

KANEKA CORPORATION, a Japanese Corporation,

Counter-Claimant,

vs.

ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,

Counter-Defendants.

Case No. CV 12-07377 GW (RZx)

**SECOND STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED JOINT REPORT**

Date: January 14, 2013
Time: 8:30 a.m.
Crtrm.: 10, Courtroom of the Honorable George Wu

Trial Date: None

/ / /

/ / /

/ / /

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**TO THIS HONORABLE COURT:**

## RECITALS

A. Plaintiff and Counter-Defendant ADLI LAW GROUP ("ALG"), a California corporation filed this action on August 28, 2012, naming KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC (hereinafter collectively "KANEKA") as defendants. A First Amended Complaint was filed on August 31, 2012.

B. On November 2, 2012, KANEKA served ADLI with a Counterclaim which also named DARIUSH G. ADLI and NICOLETTE HACHEM-SAWAYA as co-counter-defendants. Neither ADLI and SAWAYA have appeared in this matter, and the parties have been cooperating in the circumstances relating to service of the counterclaim on each of them and the date for any response to be filed by them.

C. On November 8, 2012, the Court issued an Order setting the Scheduling Conference for December 13, 2012. In that Order, the court instructed the parties to conduct a conference in compliance with the Local Rules and Federal Rules of Civil Procedure and to submit a Joint Report on or before November 29, 2012.

D. ADLI and ALG are represented by Anderson, McPharlin & Conners LLP on the counterclaim. ALG and KANEKA stipulated to extend the time for ADLI to respond to the counterclaim to December 26, 2012 to permit new counsel to conduct its investigation. The parties separately filed a Stipulation with a proposed order for the extension of time to respond.

E. Counsel for ADLI requested that KANEKA also stipulate to continue the Scheduling Conference. KANEKA's counsel agreed. Counsel agreed that for judicial efficiency, the matter should be heard on January 14, 2012.

F. Prior to December 10, 2012, the parties through their counsel, Daniel Harshman, Wayne Smith, and Thomas J. Kearney, had held a telephonic early meeting of counsel to discuss the matters required under Federal Rule of Civil

Procedure Rule 26. The parties were unable to complete the early meeting at that time and agreed to conduct a further meeting at a later date.

G. On December 10, 2012, ADLI's and ALG's lead trial counsel, Thomas J. Kearney, suffered a sudden medical emergency involving his heart which required emergency medical care and hospitalization. He has not been back to work since the medical emergency, and his physicians have ordered that he not return to work until after January 1, 2013. Because of the medical emergency, the parties have not been able to complete the Fed.R.Civ.P Rule 26 early meeting of counsel. Additionally, counter-defendant's response to the counterclaim is due on December 26, 2013 needs to be extended. The parties have agreed that ALG will have up to and including January 25, 2013 in which to file its response to the Counterclaim.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

## STIPULATION

Based on the above recitals, the parties who have appeared in this action, through their respective attorneys of record, hereby stipulate to the entry of the Order filed concurrently herewith continuing the Scheduling Conference as follows:

1. The Mandatory Scheduling Conference should be continued from January 14, 2013 at 8:30 a.m. to February 11, 2013 at 8:30 a.m. The Joint Report shall be submitted on or before January 28, 2013.

DATED: December 21, 2012 ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Joseph P. Tabrisky
Thomas J. Kearney
Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

/ / /

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

DATED: December 21, 2012

ADLI LAW GROUP P.C.

By: /s/ Daniel D. Harshman
Dariush G. Adli
Daniel D. Harshman
Attorneys for Plaintiff ADLI LAW GROUP P.C.

DATED: December 21, 2012

LAW OFFICES OF VICTOR L. GEORGE

By: /s/ Wayne C. Smith
Victor L. George
Wayne C. Smith
Attorneys for Counter-Claimant KANEKA CORPORATION