ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>    Defendants.<br><br>KANEKA CORPORATION, a Japanese Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>    Counter-Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND RELATED JOINT REPORT**<br><br>Date: January 14, 2013<br>Time: 8:30 a.m.<br>Crtrm.: 10, Courtroom of the Honorable George Wu<br><br>Trial Date:    None |

This Court has received the Stipulation presented by counsel for Plaintiff and Counter-defendant ADLI LAW GROUP, a California corporation and defendants

1033011.1 05809-125

1 and counter-claimants KANEKA CORPORATION and KANEKA NORTH
2 AMERICA LLC, requesting that this Court order a continuance of the Scheduling
3 Conference currently set for January 14, 2013 and related December 28, 2012 joint
4 report submission date.  After review of the Stipulation and good cause appearing
5 therein for a continuance, **IT IS SO ORDERED**:

7     1.    The Scheduling Conference in this matter shall be continued to
8 February 11, 2013 at 8:30 a.m. in Courtroom 10.  The Joint Report shall be
9 submitted on or before January 28, 2012.

11 DATED: _____
       United States District Judge

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1033011.1 05809-125

2
ORDER CONTINUING SCHEDULING CONFERENCE