**THOMAS J. KEARNEY (Bar No. 150202)**
  tjk@amclaw.com
**JOSEPH P. TABRISKY (Bar No. 120749)**
  jpt@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California 90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>                Plaintiff,<br><br>         vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>                Defendants.<br><br>KANEKA CORPORATION, a Japanese Corporation,<br><br>                Counter-Claimant,<br><br>         vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>                Counter-Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM**<br><br>Counterclaim served: November 2, 2012<br><br>Current response date: December 26, 2012<br><br>New response date: January 25, 2013 |

## Introduction

On December 10, 2012, Thomas J. Kearney, the lead trial attorney for counter-defendant Adli Law Group, a California corporation, suffered a sudden

1 medical emergency involving his heart which required emergency medical care and
2 hospitalization.  He has not been back to work since the medical emergency, and his
3 physicians have ordered that he not return to work until after January 1, 2013.
4 Because of the medical emergency, the parties have not been able to complete the
5 Fed.R.Civ.P Rule 26 early meeting of counsel and additionally, counter-defendant's
6 response to the counterclaim is due on December 26, 2013 needs to be extended.

## Stipulation

Accordingly, counter-defendant Adli Law Group, a California corporation, by and through counter-defendant's counsel, Anderson, McPharlin & Conners LLP, and counter-claimants, Kaneka Corporation, by and through its counsel, Law Offices of Victor L. George, hereby stipulate and agree that Counter-Defendant Adli Law Group shall have up to and including January 25, 2013 in which to respond to the Counter-claim.

DATED: December 21, 2012          ANDERSON, McPHARLIN & CONNERS LLP


By:   /s/ Joseph P. Tabrisky
         Thomas J. Kearney
         Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1032917.1 05809-125

2
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM

1  DATED: December 21, 2012        LAW OFFICES OF VICTOR L. GEORGE

2

3

4
                                        By: /s/ Wayne C. Smith
5                                            Victor L. George
                                             Wayne C. Smith
6                                       Attorneys for Counter-Claimant KANEKA
7                                       CORPORATION

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1032917.1 05809-125

3
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM