THOMAS J. KEARNEY (Bar No. 150202)
  tjk@amclaw.com
JOSEPH P. TABRISKY (Bar No. 120749)
  jpt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>    Defendants.<br><hr>KANEKA CORPORATION, a Japanese Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>    Counter-Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-CLAIM**<br><br>Counterclaim served: November 2, 2012<br><br>Current response date: December 26, 2012<br><br>New response date: January 25, 2013 |

## Introduction

On December 10, 2012, Thomas J. Kearney, the lead trial attorney for counter-defendant Adli Law Group, a California corporation, suffered a sudden

medical emergency involving his heart which required emergency medical care and hospitalization. He has not been back to work since the medical emergency, and his physicians have ordered that he not return to work until after January 1, 2013. Because of the medical emergency, the parties have not been able to complete the Fed.R.Civ.P Rule 26 early meeting of counsel and additionally, counter-defendant's response to the counterclaim is due on December 26, 2013 needs to be extended.

## Stipulation

Accordingly, counter-defendant Adli Law Group, a California corporation, by and through counter-defendant's counsel, Anderson, McPharlin & Conners LLP, and counter-claimants, Kaneka Corporation, by and through its counsel, Law Offices of Victor L. George, hereby stipulate and agree that Counter-Defendant Adli Law Group shall have up to and including January 25, 2013 in which to respond to the Counter-claim.

DATED: December 21, 2012       ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Joseph P. Tabrisky
  Thomas J. Kearney
  Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: December 21, 2012 | LAW OFFICES OF VICTOR L. GEORGE |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Wayne C. Smith |
| 6 | |     Victor L. George |
| 7 | |     Wayne C. Smith |
|  | | Attorneys for Counter-Claimant KANEKA CORPORATION |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1032917.1 05809-125