THOMAS J. KEARNEY (Bar No. 150202)
  tjk@amclaw.com
JOSEPH P. TABRISKY (Bar No. 120749)
  jpt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>            Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**NOTICE OF ERRATA RE E-FILED DOCUMENT NO. 29**<br><br>Trial Date:              None |
| KANEKA CORPORATION, a Japanese Corporation,<br><br>            Counter-Claimant,<br><br>     vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>            Counter-Defendants. | |

**PLEASE TAKE NOTICE** that Counter-Defendant ADLI LAW GROUP filed its Second Stipulation to Extend Time to Respond to Counter-Claim (Doc. No. 29) on December 26, 2012.  The attachment to this document should have

been the Proposed Order but instead a copy of the Second Stipulation to Extend Time to Respond to Counter-Claim was attached (Document No. 29-1). Per the Court's Help Desk, we are now filing this Notice of Errata advising that the Second Stipulation to Extend Time to Respond to Counter-Claim will be re-filed with the proper Proposed Order.

DATED: December 26, 2012        ANDERSON, McPHARLIN & CONNERS LLP

By:        /s/ Joseph P. Tabrisky
Thomas J. Kearney
Joseph P. Tabrisky
Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1033259.1 05809-125

2
NOTICE OF ERRATA RE E-FILED DOCUMENT NO. 29