THOMAS J. KEARNEY (Bar No. 150202)
  tjk@amclaw.com
JOSEPH P. TABRISKY (Bar No. 120749)
  jpt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Counter-Defendant ADLI LAW GROUP, a California Corporation**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>              Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**PROOF OF SERVICE**<br><br>Trial Date:            None |
| KANEKA CORPORATION, a Japanese Corporation,<br><br>              Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>              Counter-Defendants. | |

/ / /

/ / /

/ / /

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901.

On December 27, 2012, I served the following document(s) described as:

1. **Second Stipulation to Continue Scheduling Conference and Related Joint Report (Docket No. 28);**

2. **Second Stipulation to Extend Time to Respond to Counter-Claim (Docket No. 29);**

3. **Notice of Errata re E-Filed Document No. 29 (Docket No. 30); and**

4. Second **Stipulation to Extend Time to Respond to Counter-Claim (Docket No. 31),**

on the interested parties as follows:

**NON-ECF PARTICIPANT:**

| | |
|---|---|
| Almuhtada Smith Esq.<br>Adli Law Group PC<br>633 West Fifth Street, Suite 6900<br>Los Angeles, CA  90071<br>Telephone: (213) 623-6546 | Attorneys for Plaintiff Adli Law Group P.C. |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 27, 2012, at Los Angeles, California.

*[signature]*
Bette Barraclough