Daniel D. Harshman, Esq., State Bar No. 177139
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Plaintiff,
ADLI LAW GROUP, P.C.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DIVERSITY |

Plaintiff Adli Law Group, P.C. hereby responds to the Court's Order dated December 26, 2012 requiring Plaintiff to Show Cause why the matter should not be dismissed or why limited discovery should be propounded to resolve questions related to diversity jurisdiction, stating as follows:

As alleged in the First Amended Complaint (see FAC ¶ 5), Kaneka North America LLC is a limited liability company organized under the laws of the State of Texas. As shown in the attached exhibit, public information available online from the Texas Secretary of State does not identify the membership interests of Kaneka North America LLC. Accordingly, beginning on January 3, 2013, Plaintiff conferred with

counsel for Kaneka Corporation concerning the membership interests of Kaneka North America LLC. On January 7, 2013, counsel for Kaneka Corporation informed Plaintiff that another Texas corporation, Kaneka Americas Holding, Inc., was the sole member of Kaneka North America LLC. On January 8, 2013, Plaintiff proposed a stipulation of facts containing the facts provided by opposing counsel. As of the date and time of this Response, Kaneka Corporation has not agreed to sign the stipulation. Counsel for Kaneka Corporation has advised that a stipulation may still be possible, but authority for such a stipulation has not been granted as of the deadline for this Response. Accordingly, Plaintiff has a good faith belief that limited discovery will demonstrate that diversity jurisdiction exists because the sole member of Kaneka North America LLC is a Texas corporation with its principal place of business located in Pasadena, Texas.

Based upon the foregoing, Plaintiff requests that the Court grant Plaintiff leave of court to propound written interrogatories and document requests to Kaneka North America LLC and Kaneka Corporation to identify: (i) each person or entity owning a membership interest in Kaneka North America LLC, (ii) the state of incorporation (or other form of organization) of each entity that owns a membership interest, (iii) the citizenship of each person and/or the principal place of business of each entity who owns a membership interest in Kaneka North America LLC. In the alternative, that the parties be granted leave to submit a stipulation of these facts by a date set by the court.

Dated: January 10, 2013

ADLI LAW GROUP P.C.

By: /s/ Daniel D. Harshman
Daniel D. Harshman, Esq.

Attorneys for Plaintiff
ADLI LAW GROUP P.C.

# Exhibit "A" to Plaintiff's Response to Order to Show Cause





Susan Combs Texas Comptroller of Public Accounts

Taxable Entity Search Results

# Franchise Tax Certification of Account Status

---

**This Certification Not Sufficient for Filings with Secretary of State**

Obtain a certification for filings with the Secretary of State.

It takes up to two weeks for this search to update when payment is made through the mail or at a taxpayer service office. This agency may manually issue a Certificate of Account Status (good standing) when an entity makes a payment to bring its account current. The paper certificate issued by our office is valid and represents the entity's status with our office as of the date of the certificate.

---

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Entity Information: | **KANEKA NORTH AMERICA LLC**<br>6161 UNDERWOOD RD ATTN: NICOLE SHAVER<br>PASADENA, TX 77507-1033 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2013** |
| Registered Agent: | STEVEN C SHARKE<br>6161 UNDERWOOD ROAD<br>PASADENA, TX 77507 |
| Registered Agent Resignation Date: | |
| State of Formation: | TX |
| File Number: | 0801551698 |
| SOS Registration Date: | February 15, 2012 |
| Taxpayer Number: | 32046989367 |

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact

with Texans

# PROOF OF SERVICE

I am over eighteen (18) years of age, employed in the County of Los Angeles, and not a party to this action. My business address is 633 West Fifth Street, Suite 6900, Los Angeles, California 90071.

I hereby certify that on January 10, 2013, I served the following:

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DIVERSITY**

by delivering the document(s) to:

Wayne C Smith
Victor Light George
Victor L George Law Offices
20355 Hawthorne Boulevard 1st Floor
Torrance, CA 90503
vgeorge@vgeorgelaw.com

William F Sondericker
Carter Ledyard and Milburn LLP
2 Wall Street
New York, NY 10005-2072
sondericker@clm.com

[ X ] BY MAIL: I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this Proof of Service.

[X] BY E-MAIL: I caused a copy of the document(s) to be sent via electronic mail to the above addressee(s) at the e-mail address(es) listed above.

I declare, under penalty of perjury under the laws of the State of the United States, that the foregoing is true and correct. Executed on January 10, 2013, at Los Angeles, California.

/s/ Bridgette Lancaster
Bridgette Lancaster