Daniel D. Harshman, Esq., State Bar No. 177139
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Plaintiff,
ADLI LAW GROUP, P.C.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company, <br><br> Defendants. | Case No.: CV12-07377-GW(RZx) <br><br> JOINT STIPULATION RESPONDING TO ORDER TO SHOW CAUSE RE: DIVERSITY |

This stipulation is entered into by and between plaintiff Adli Law Group P.C. and defendants Kaneka Corporation and Kaneka North America LLC by their respective counsel, stating as follows:

WHEREAS, on December 26, 2012, the Court entered an Order to Show Cause re Diversity requiring the plaintiff to identify the citizenship of each member of the Defendant Kaneka North America, LLC, a Texas Limited Liability Company;

WHEREAS, counsel for plaintiff and defendants have met and conferred and have agreed to stipulate to certain facts regarding the membership interest in the limited liability company known as "Kaneka North America LLC;"

THEREFORE, the parties stipulate and agree to the following facts regarding the membership interests of Kaneka North America LLC:

1.  Defendant Kaneka North America LLC is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Pasadena, Texas.

2.  The sole member of Kaneka North America LLC is Kaneka Americas Holding, Inc.

3.  Kaneka Americas Holding, Inc. is a corporation organized and existing under the laws of the State of Texas with its principal place of business in Pasadena, Texas.

IT IS SO STIPULATED

Dated: January 11, 2013

LAW OFFICES OF VICTOR L. GEORGE

By: _____
Wayne C. Smith, Esq.

Attorneys for Defendants
KANEKA CORPORATION
KANEKA NORTH AMERICA LLC

Dated: January 14, 2013

ADLI LAW GROUP P.C.

By _____
Daniel D. Harshman, Esq.

Attorneys for Plaintiff
ADLI LAW GROUP P.C.

2
JOINT STIPULATION RESPONDING TO ORDER TO SHOW CAUSE RE DIVERSITY

## PROOF OF SERVICE BY MAIL

Re:  Adli Law Group, P.C. v. Kaneka Corporation, et al.  LASC Case No. CV12-07377 GW(RZx)

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred.  My business address is 633 W. 5th Street, Suite 6900, Los Angeles, California 90071.

I served the following documents:

- **JOINT STIPULATION RESPONDING TO ORDER TO SHOW CAUSE RE: DIVERSITY**

on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

| | |
|---|---|
| Victor L. George, Esq.<br>Wayne C. Smith, Esq.<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd, 1st Floor<br>Torrance, CA 90503<br>vgeorgelaw@earthlink.net | Counsel for Kaneka Corporation and Kaneka North America, LLC |
| William F. Sondericker, Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>sondericker@clm.com | Counsel for Kaneka Corporation and Kaneka North America, LLC |
| Thomas J. Kearny, Esq.<br>Anderson McPharlin & Conners LLP<br>444 South Flower St., 21st Floor<br>Los Angeles, CA 90071<br>tjk@amclaw.com | Defense Counsel for Adli Law Group P.C., Dr. Dariush Adli, Counter-Defendants |

I then sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing with the United States Postal Service in accord with our business' practice at Los Angeles, California on Monday, January 14, 2013.

I am readily familiar with our business practice for collecting, processing, and mailing correspondence and pleadings with the United States Postal Service.  Such correspondence and pleadings are deposited with the United States Postal Service on the same day that it is placed for mailing in the ordinary course of business.

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on Monday, January 14, 2013, at Los Angeles, California.

_____
Bridgette Lancaster