Daniel D. Harshman, Esq. [SBN 177139]
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA 90071
Tel: 213-623.6546
Fax: 213.623.6554

Attorneys for Counter-Defendant
ADLI LAW GROUP

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>DEFENDANT HACHEM-SAWAYA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FAILURE TO PLEAD WITH PARTICULARITY<br><br>F.R.C.P. 9(b) & 12(b)(6) |
| KANEKA CORPORATION, a Japanese Corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; and NICOLETTE HACHEM-SAWAYA, an individual,<br><br>Counter-Defendants. | Date: February 21, 2013<br>Time: 8:30 a.m.<br>Ctrm: 10-Spring St.<br>Judge: Hon. George H. Wu |

- 1 –
DEFENDANT HACHEM-SAWAYA'S NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **February 21, 2013** at **8:30 a.m**. or as soon thereafter as the matter may be heard, before the Honorable George H. Wu in Courtroom 10 of the United States Courthouse for the Central District of California, 312 North Spring Street, Los Angeles, CA 90012-4701, Defendant Nicolette Hachem-Sawaya ("SAWAYA") will and hereby does move the Court for an order dismissing the Counter-Claim against Defendant SAWAYA pursuant to Fed. Rule of Civ. Proc. § 12(b)(6) for failure to state a claim upon which relief can be granted and pursuant Fed. Rule of Civ. Proc. § 9(b) for failure to plead fraud-based claims with particularity.

The grounds for the motion are that the counter-claim does not allege facts establishing the existence of a fiduciary relationship between the counter-claimant and Defendant SAWAYA and, hence the complaint fails to state a claim for breach of fiduciary duty by the Defendant SAWAYA.  The complaint fails to allege facts to establish that Defendant SAWAYA concealed or suppressed facts, had a duty to disclose facts, had the requisite intent to defraud counter-claimant or that counter-claimant sustained damage as a result of conduct by Defendant SAWAYA.  Hence, the complaint fails to state a claim for fraudulent concealment by Defendant SAWAYA.  Further, the complaint fails to plead with the requisite particularity under Fed. Rule of Civ. Proc. § 9(b) the acts or omissions by Defendant SAWAYA that are alleged to have concealed a material fact.  The complaint improperly lumps multiple defendants together in a supposed scheme without identifying the particular the role each defendant allegedly played in the supposed fraudulent scheme.

This Motion will be based upon this Notice and the accompanying Memorandum in Support; and the pleadings and papers filed in this action and such further argument and matters as may be offered at the time of hearing of this Motion.

//

- 2 –
DEFENDANT HACHEM-SAWAYA'S NOTICE OF MOTION AND MOTION TO DISMISS

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 17, 2013.

Dated: January 24, 2013          Respectfully submitted,

                                      ADLI LAW GROUP, P.C.

                                      By: /s/ Daniel D. Harshman
                                      Daniel D. Harshman, Esq.

                                      Counsel for Defendant,
                                      Nicolette Hachem-Sawaya

# PROOF OF SERVICE

Re:  Adli Law Group, P.C. v. Kaneka Corporation, et al.

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred. My business address is 633 W. 5th Street, Suite 6900, Los Angeles, California 90071.

I served the following documents:

- **DEFENDANT HACHEM-SAWAYA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FAILURE TO PLEAD WITH PARTICULARITY**

on the parties in said action based on an agreement of the parties to accept service by electronic transmission. I sent this transmission through the CM/ECF System at 3:00 p.m.. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on Thursday, January 24, 2013, at Los Angeles, California.

_____
Bridgette Lancaster