1   Victor L. George, State Bar No. 110504
    Wayne C. Smith, State Bar No. 112535
2   LAW OFFICES OF VICTOR L. GEORGE
    20355 Hawthorne Blvd., First Floor
3   Torrance, CA 90503
    Tel:  (310) 698-0990
4   Fax: (310) 698-0995
    E-mail:   vgeorge@vgeorgelaw.com
5             wsmith@vgeorgelaw.com

6   William F. Sondericker, Esq.
    Carter Ledyard & Milburn, LLP
7   2 Wall Street
    New York, NY 10005-2072
8   Tel:  (212) 732-3200
    Fax: (212) 732-3232
9   E-mail:   sondericker@clm.com

10  Attorneys for Defendants
    KANEKA CORPORATION and
11  KANEKA NORTH AMERICA LLC

12                  **UNITED STATES DISTRICT COURT**

13                  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  ADLI LAW GROUP, a California Corporation, | CASE NO. CV12-07377 GW (RZx) |
| 15 | [Assigned to Hon. George H. Wu, Courtroom 10] |
| 16             Plaintiff, | |
|       v. | |
| 17  KANEKA CORPORATION, a | **STIPULATION TO:** |
| 18  Japanese Corporation; and KANEKA NORTH AMERICA | **1. ADOPT BRIEFING SCHEDULE** |
| 19  LLC, a Texas Limited Liability Company, | **RE PETITION TO COMPEL ARBITRATION AND MOTIONS TO DISMISS;** |
| 20             Defendants. | |
| 21  ———————————— | **2. CONTINUE HEARING ON COUNTER-DEFENDANTS' MOTIONS TO DISMISS;** |
| 22  KANEKA CORPORATION, a Japanese Corporation, | |
| 23             Counter-Claimant, | **3. CONTINUE SCHEDULING CONFERENCE AND RELATED JOINT REPORT.** |
| 24       v. | |
| 25  ADLI LAW GROUP, a California Corporation; DARIUSH G. | [Filed concurrently with: (Proposed) Order] |
| 26  ADLI, an individual; NICOLETTE HACHEM- SAWAYA, an individual, | Complaint Filed:      August 28, 2012 |
| 27             | Counter-Claim Filed: November 2, 2012 |
|             Counter-Defendants. | Trial Date:            None Set. |
| 28 | |

1  TO THE HONORABLE COURT:

2      Plaintiff ADLI LAW GROUP, P.C. ("ALG"), Defendants KANEKA

3  CORPORATION and KANEKA NORTH AMERICA LLC, Counter-Claimant

4  KANEKA CORPORATION (concurrently "KANEKA"), and Counter-

5  Defendants DARIUSH G. ADLI ("ADLI") and NICOLETTE HACHEM-

6  SAWAYA ("SAWAYA"), by and through their respective counsel of record,

7  hereby stipulate and agree as follows:

8      WHEREAS, Plaintiff ALG filed this action on August 28, 2012 and,

9  prior to service thereof, filed a First Amended Complaint on August 31, 2012;

10     WHEREAS, Defendants KANEKA filed a Counter-Claim on November

11  2, 2012 naming ALG, ADLI and SAWAYA as Counter-Defendants;

12     WHEREAS, on November 8, 2012, the Court set the Scheduling

13  Conference for December 13, 2012 and the Joint Report of Counsel was to be

14  submitted on or before November 29, 2012;

15     WHEREAS, on November 21, 2012, the parties submitted a Stipulation

16  to Continue the Scheduling Conference from December 13, 2012 to January

17  14, 2013, and requested the Joint Report be due on or before December 28,

18  2012;

19     WHEREAS, on November 27, 2012, the Court ordered the Mandatory

20  Scheduling Conference continued from December 13, 2012 to January 14,

21  2013 at 8:30 a.m., and the Joint Report to be submitted on or before December

22  28, 2012;

23     WHEREAS, on December 26, 2012, the parties submitted a Second

24  Stipulation to Continue the Scheduling Conference from January 14, 2013 to

25  February 11, 2013, and requested the Joint Report be due on or before January

26  28, 2013;

27     WHEREAS, on December 28, 2012, the Court ordered the Mandatory

28  Scheduling Conference continued to February 11, 2013 at 8:30 a.m., and the

1  Joint Report to be submitted on or before January 28, 2013;

2      WHEREAS, Plaintiff ALG filed a Petition to Compel Arbitration on
3  December 27, 2012, in the Related Case entitled: *ADLI LAW GROUP P.C. v.*
4  *KANEKA CORPIRATION, et al.*, USDC Case No. CV12-11001 GW (Rzx)
5  ("Related Case"), seeking an Order Compelling Defendant Kaneka
6  Corporation to participate in a contractual arbitration demanded by Defendant
7  Linguistic Systems, Inc. against ALG;

8      WHEREAS, Plaintiff ALG circulated copies of its moving papers to all
9  counsel on January 9, 2013 in the Related Case;

10     WHEREAS, on January 24, 2013, Counter-Defendants ALG and ADLI,
11 on one hand, and SAWAYA on the other hand, each filed a Motions to Dismiss
12 the Second Claim for Relief in the Counter-Claim.  Said Motions are set for
13 hearing before this Honorable Court on February 21, 2013 at 8:30 a.m.;

14     WHEREAS, the parties participated in a Status Conference before the
15 Honorable George H. Wu on January 24, 2013, at which time the Court set the
16 hearing on the Petition to Compel Arbitration in the Related Case for February
17 28, 2013;

18     WHEREAS, the parties have met and conferred and agreed, subject to
19 the Court's approval, that the pending Petition to Compel Arbitration in the
20 Related Case, may be decided on February 28, 2013, upon briefs and written
21 submissions without the need for discovery or oral testimony, pursuant to a
22 separate Stipulation filed herewith;

23     WHEREAS, for the convenience of the parties, counsel and the Court
24 to have the hearing on the motions to dismiss be continued to February 28,
25 2013 at 8:30 a.m., at the same time as the hearing on the Petition to Compel
26 Arbitration and adopt the same briefing schedule for the Motions to Dismiss
27 as the Petition to Compel Arbitration in the Related Case;

28 ///

WHEREAS, counsel for all parties agreed that, as a result of the pleading issues raised by the Motions to Dismiss and the Petition to Compel Arbitration in the Related Case, the Status Conference should be continued from February 11, 2013 to March 14, 2013 at 8:30 a.m., and the Joint Report be due on or before March 7, 2013;

WHEREAS, the parties have made two previous requests to Continue the Mandatory Scheduling Conference to this Honorable Court; and,

THEREFORE, based on the above, the parties who have appeared in this action, through their respective counsel of record hereby stipulate and agree, subject to the Court's approval, to the following:

1.   Oppositions to:

(a)   Plaintiff's Petition to Compel Arbitration in the Related Case; and

(b)   Counter-Defendants' Motions to Dismiss;

shall be filed on or before February 8, 2013;

2.   Replies to Oppositions to:

(a)   Petition to Compel Arbitration in the Related Case; and

(b)   Motions to Dismiss;

shall be filed on or before February 15, 2013;

3.   The Joint Report shall be submitted on or before March 7, 2013;

4.   The Scheduling Conference should be continued from February 11, 2013 to March 14, 2013 at 8:30 a.m., in Courtroom 10;

5.   The hearing on Counter-Defendants' Motions to Dismiss should be continued from February 21, 2013 to February 28, 2013 at 8:30 a.m., in Courtroom 10.

1    **IT IS SO STIPULATED.**

2

3    Dated:  January 31, 2013          LAW OFFICES OF VICTOR L. GEORGE

4
                                       /s/ Wayne C. Smith
5                                 By:_____
                                       VICTOR L. GEORGE
6                                      WAYNE C. SMITH
                                       Attorneys for Defendants and
7                                      Counter Claimants
                                       KANEKA CORPORATION and
8                                      KANEKA NORTH AMERICA LLC

9

10   Dated:  January 31, 2013          ADLI LAW GROUP, P.C.

11
                                       /s/ Daniel D. Harshman
12                                By:_____
                                       DANIEL D. HARSHMAN
13                                     Attorneys for Plaintiff
                                       ADLI LAW GROUP, P.C., and
14                                     Attorneys for Counter-Defendant
                                       NICOLETTE HACHEM-SAWAYA
15

16

17   Dated:  January 31, 2013          ANDERSON, McPHARLIN & CONNERS
                                       LLP
18
                                       /s/ Joseph P. Tabrisky
19                                By:_____
                                       THOMAS J. KEARNEY
20                                     JOSEPH P. TABRISKY
                                       Attorneys for Counter-Defendants
21                                     ADLI LAW GROUP, and
                                       DARIUSH G. ADLI
22

23

24

25

26

27

28

STIPULATION