# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>            Plaintiff,<br>    v.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>            Defendants.<br>_____<br>KANEKA CORPORATION, a Japanese Corporation,<br><br>            Counter-Claimant,<br>    v.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>            Counter-Defendants. | CASE NO. CV12-07377 GW (RZx)<br><br>[Assigned to Hon. George H. Wu, Courtroom 10]<br><br>**[PROPOSED] ORDER RE:**<br><br>**1. ADOPT BRIEFING SCHEDULE RE PETITION TO COMPEL ARBITRATION AND MOTIONS TO DISMISS;**<br><br>**2. CONTINUE HEARING ON COUNTER-DEFENDANTS' MOTIONS TO DISMISS**;<br><br>**3. CONTINUE SCHEDULING CONFERENCE AND RELATED JOINT REPORT.**<br><br><br>Complaint Filed:    August 28, 2012<br>Counter-Claim Filed: November 2, 2012<br>Trial Date:         None Set. |

1  THE COURT, having reviewed the Stipulation of the parties to:

2    A.    Adopt briefing schedule re Petition to Compel Arbitration in the Related Case and Motions to Dismiss;

    B.    Continue hearing on Counter-Defendants' Motions to Dismiss;

    C.    Continue Scheduling Conference and related Joint report, and, for good cause shown, HEREBY ORDERS:

1. Oppositions to:
   (a) Plaintiff's Petition to Compel Arbitration in the Related Case; and
   (b) Counter-Defendants' Motions to Dismiss;
   shall be filed on or before February 8, 2013;
2. Replies to Oppositions to:
   (a) Petition to Compel Arbitration in the Related Case; and
   (b) Motions to Dismiss;
   shall be filed on or before February 15, 2013;
3. The Joint Report shall be submitted on or before March 7, 2013;
4. The Scheduling Conference should be continued from February 11, 2013 to March 14, 2013 at 8:30 a.m., in Courtroom 10;
5. The hearing on Counter-Defendants' Motions to Dismiss should be continued from February 21, 2013 to February 28, 2013 at 8:30 a.m., in Courtroom 10.

IT IS SO ORDERED.

DATED: _____    _____
                                  The Honorable George H. Wu
                                  U.S. District Court Judge