# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>　　　　Defendants.<br>_____<br>KANEKA CORPORATION, a Japanese Corporation,<br><br>　　　　Counter-Claimant,<br>　　v.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>　　　　Counter-Defendants. | CASE NO. CV 12-07377-GW(RZx)<br><br>[Assigned to Hon. George H. Wu, Courtroom 10]<br><br>**ORDER RE:**<br><br>**1. ADOPT BRIEFING SCHEDULE RE PETITION TO COMPEL ARBITRATION AND MOTIONS TO DISMISS;**<br><br>**2. CONTINUE HEARING ON COUNTER-DEFENDANTS' MOTIONS TO DISMISS;**<br><br>**3. CONTINUE SCHEDULING CONFERENCE AND RELATED JOINT REPORT.**<br><br><br>Complaint Filed:　August 28, 2012<br>Counter-Claim Filed: November 2, 2012<br>Trial Date:　　　None Set. |

1

(PROPOSED) ORDER RE STIPULATION

1  THE COURT, having reviewed the Stipulation of the parties to:

2  A.  Adopt briefing schedule re Petition to Compel Arbitration in the Related Case and Motions to Dismiss;

4  B.  Continue hearing on Counter-Defendants' Motions to Dismiss;

5  C.  Continue Scheduling Conference and related Joint report, and,

6  for good cause shown, HEREBY ORDERS:

7  1.  Oppositions to:

8  (a)  Plaintiff's Petition to Compel Arbitration in the Related Case; and

10  (b)  Counter-Defendants' Motions to Dismiss;

11  shall be filed on or before February 8, 2013;

12  2.  Replies to Oppositions to:

13  (a)  Petition to Compel Arbitration in the Related Case; and

14  (b)  Motions to Dismiss;

15  shall be filed on or before February 15, 2013;

16  3.  The Joint Report shall be submitted on or before March 7, 2013;

17  4.  The Scheduling Conference should be continued from February 11, 2013 to **March 14, 2013 at 8:30 a.m.**, in Courtroom 10;

19  5.  The hearing on Counter-Defendants' Motions to Dismiss should be continued from February 21, 2013 to **February 28, 2013 at 8:30 a.m.**, in Courtroom 10.

23  IT IS SO ORDERED.

25  DATED: February 4, 2013

_____
The Honorable George H. Wu
U.S. District Court Judge