**THOMAS J. KEARNEY (Bar No. 150202)**
  tjk@amclaw.com
**JOSEPH P. TABRISKY (Bar No. 120749)**
  jpt@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Counter-Defendant ADLI LAW GROUP, a California corporation, and DARIUSH G. ADLI, an individual**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>          Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**STATEMENT OF NON-OPPOSITION BY COUNTER-DEFENDANTS ADLI LAW GROUP AND DARIUSH G. ADLI TO MOTION TO INTERVENE FILED BY HC2, INC.**<br><br><br>**Date:     March 7, 2013**<br>**Time:     8:30 a.m.**<br>**Crtrm.: 10** |
| KANEKA CORPORATION, a Japanese corporation,<br><br>          Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, a California corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>          Counter-Defendants. | Trial Date:          None |

/ / /

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA  90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1048300.1 05809-125

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2          **PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-9(b), Counter-

3   Defendants Adli Law Group, P.C. and Dariush G. Adli do not oppose the granting

4   of the Motion to Intervene filed by proposed plaintiff-intervenor HC2, Inc. [Docket

5   #44].

6

7   DATED: February 15, 2013        ANDERSON, McPHARLIN & CONNERS LLP

8

9                                           /s/   Joseph P. Tabrisky
                                       By: _____

10

11                                          Thomas J. Kearney
                                            Joseph P. Tabrisky

12                                     Attorneys for Counter-Defendant ADLI LAW
                                       GROUP and DARIUSH G. ADLI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1048300.1 05809-125

2

STATEMENT OF NON-OPPOSITION BY COUNTER-DEFENDANTS ADLI LAW GROUP AND DARIUSH G.
ADLI TO MOTION TO INTERVENE FILED BY HC2, INC.