Daniel D. Harshman, Esq. [SBN 177139]
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA 90071
Tel: 213-623.6546
Fax: 213.623.6554

Attorneys for Counter-Defendant
NICOLETTE HACHEM-SAWAYA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>            Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>DEFENDANT HACHEM-SAWAYA'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE FILED BY HC2, INC. |
|---|---|
| KANEKA CORPORATION, a Japanese Corporation,<br><br>            Counter-Claimant,<br><br>       vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; and NICOLETTE HACHEM-SAWAYA, an individual,<br><br>            Counter-Defendants. | Date:   March 7, 2013<br>Time:   8:30 a.m.<br>Ctrm:   10-Spring St.<br>Judge:  Hon. George H. Wu |

| | |
|---|---|
| HC2, INC., a Washington D.C. Corporation, | |
| Plaintiff-Intervenor, | |
| vs. | |
| ADLI LAW GROUP, P.C., a California Corporation, KANEKA CORPORATION, a Japanese Corporation and KANEKA NORTH AMERICA, LLC, a Texas Limited Liability Company, | |
| Defendants-Intervenor. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-9(b), Counter-Defendant Nicolette Hachem-Sawaya does not oppose the granting of the Motion to Intervene filed by proposed plaintiff-intervenor HC2, Inc. [Docket #44].

Dated:  February 15, 2013          Respectfully submitted,

ADLI LAW GROUP, P.C.

By: /s/ Daniel D. Harshman
Daniel D. Harshman, Esq.

Counsel for Counter-Defendant,
Nicolette Hachem-Sawaya

## PROOF OF SERVICE

Re:  Adli Law Group PC v Kaneka Corporation, et al. Case No. CV12-07377-GW-(RZx)

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred.  My business address is 633 W. 5th Street, Suite 6900, Los Angeles, California 90071.

I served the following document:

**DEFENDANT HACHEM-SAWAYA'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE FILED BY HC2, INC.**

[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION:  Pursuant to Local Rule 5-3.3, service of the foregoing document was made by electronic service pursuant to the CM/ECF System to the following counsel of record who are registered users of the CM/ECF System.

| | |
|---|---|
| William F. Sondericker<br>sondericker@clm.com<br>Victor Light George<br>vgeorge@vgeorgelaw.com<br>Wayne C. Smith<br>wsmith@vgeorgelaw.com | Counsel for Kaneka Corporation |
| Thomas J. Kearney<br>tjk@amclaw.com<br>Joseph P. Tabrisky<br>jpt@amclaw.com | Counsel for Counter-Defendant Adli Law Group |
| Frank E. Merideth, Jr.<br>meridethf@gtlaw.com | Counsel for HC2, Inc. |

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on Friday, February 15, 2013, at Los Angeles, California.

                                                            /s/Bridgette Lancaster

                                                            Bridgette Lancaster