Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 112535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>PLAINTIFF(S)<br>v.<br>KANEKA CORPORATION, a Japanese Corporation;<br>and KANEKA NORTH AMERICA LLC, etc., et al.,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV12-07377 GW (RZx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

1. FIRST AMENDED COUNTER-CLAIM
2. SUMMONS ON FIRST AMENDED COUNTER-CLAIM

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other   Defendant KANEKA CORPORATION's FIRST AMENDED COUNTER-CLAIM

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Document exempt from Electronic Filing.

| | |
|---|---|
| March 20, 2013 | WAYNE C. SMITH |
| Date | Attorney Name |
| | KANEKA CORPORATION |
| | Party Represented |

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)                                           NOTICE OF MANUAL FILING