1  Victor L. George, State Bar No. 110504
   Wayne C. Smith, State Bar No. 112535
2  LAW OFFICES OF VICTOR L. GEORGE
   20355 Hawthorne Blvd., First Floor
3  Torrance, CA 90503
   Tel: (310) 698-0990
4  Fax: (310) 698-0995
   E-mail:  vgeorge@vgeorgelaw.com
5           wsmith@vgeorgelaw.com

6  William F. Sondericker, Esq.
   Carter Ledyard & Milburn, LLP
7  2 Wall Street
   New York, NY 10005-2072
8  Tel: (212) 732-3200
   Fax: (212) 732-3232
9  E-mail:  sondericker@clm.com

10 Attorneys for Defendants
   KANEKA CORPORATION and
11 KANEKA NORTH AMERICA LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ADLI LAW GROUP, a California Corporation, | CASE NO. CV12-07377 GW (RZx) |
|---|---|
| Plaintiff, | [Assigned to Hon. George H. Wu, Courtroom 10] |
| v. | |
| KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company, | **PROOF OF SERVICE** |
| Defendants. | Complaint Filed: August 28, 2012 |
| KANEKA CORPORATION, a Japanese Corporation, | |
| Counter-Claimant, | |
| v. | |
| ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual, | Counter-Claim Filed: November 2, 2012<br>Trial Date: None Set. |
| Counter-Defendants. | |

1
PROOF OF SERVICE

| | |
|---|---|
| 1 | HC2, INC., a Washington, DC Corporation, |
| 2 | |
| 3 | Plaintiff-Intervenor, |
| 4 | v. |
| 5 | ADLI LAW GROUP, a California Corporation, KANEKA CORPORATION, a Japanese Corporation and KANEKA NORTH AMERICA, LLC, a Texas Limited Liability Company, |
| 6 | |
| 7 | |
| 8 | Defendants-Intervenor. |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 20355 Hawthorne Boulevard, First Floor, Torrance, CA 90503.

On March 25, 2013, I served the foregoing documents described as:

1. **FIRST AMENDED COUNTER-CLAIM; and**
2. **SUMMONS (ON FIRST AMENDED COUNTER-CLAIM).**

on the interested party(ies) in this action by placing true copies:

Frank E. Merideth, Jr., Esq.
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800
E-mail: beattyc@gtlaw.com
*Attorneys for Plaintiff Intervenor HC2, Inc.*

[X]  (BY MAIL, 1013a, 2015.5 C.C.P.)

I deposited such envelope in the mail at Torrance, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service

on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(BY E-MAIL SERVICE)** In addition, I served copies of such documents to the e-mail address printed under the address on this Proof of Service.

Executed on March 25, 2013, at Torrance, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Sonia E. Revolorio