Daniel D. Harshman, Esq. [SBN 177139]
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, CA 90071
Tel: 213-623.6546
Fax: 213.623.6554

Attorneys for Plaintiff & Defendant-Intervention
ADLI LAW GROUP, P.C.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>PLAINTIFF'S STATUS REPORT REGARDING UNPAID VENDORS |
| KANEKA CORPORATION, a Japanese Corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, P.C. a California Corporation; DARIUSH G. ADLI, an individual; and NICOLETTE HACHEM-SAWAYA, an individual,<br><br>Counter-Defendants. | Ctrm: 10-Spring St.<br>Judge: Hon. George H. Wu<br>Trial: N/A |

| | |
|---|---|
| 1 | HC2, INC., a Washington D.C. Corporation, |
| 2 | |
| 3 | Plaintiff-Intervenor, |
| 4 | vs. |
| 5 | ADLI LAW GROUP, P.C., a California Corporation, KANEKA CORPORATION, a Japanese Corporation and KANEKA NORTH AMERICA, LLC, a Texas Limited Liability Company, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants-Intervenor. |

Pursuant to the Court's Order, plaintiff ADLI LAW GROUP, P.C. files this Status Report to identify unpaid third-party vendors whose fees and costs are at issue for the proposed Phase I of the pending action. The information provided herein is based upon information supplied by third parties and may be amended or revised during the course of discovery.

During the meet and confer process, defendant Kaneka Corporation claimed to have paid certain third party vendors, but has not provided documentation of those payments. Accordingly, this Status Report summarizes two categories of unpaid Third Party Vendors: (1) **Exhibit "A"** identifies third party vendors which all parties agree are unpaid; and (2) **Exhibit "B"** identifies third party vendors which Kaneka claims to have paid, but for which there is no documentation of payment. Accordingly, after a reasonably diligent investigation, plaintiff identifies unpaid third-party vendors as more fully described in Exhibit "A" and Exhibit "B" which are annexed to and made part of this Status Report.

//
//
//

The following chart summarizes the unpaid, third party vendor claims as of the date of this Status Report:

| Exh. No | Description | | Amount |
|---|---|---|---|
| A | Unpaid Third Party Vendor Claims | $ | 1,681,411.06 |
| B | Vendors Kaneka Claims To Have Paid | $ | 744,111.00 |
| | | $ | 2,425,522.06 |

Respectfully submitted,

ADLI LAW GROUP

Dated: April 2, 2013

By: /s/ Daniel D. Harshman
Daniel D. Harshman, Esq.

Attorneys for Plaintiff,
Adli Law Group, P.C.

# PROOF OF SERVICE

Re:   Adli Law Group, P.C. v. Kaneka Corporation, et al.

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred. My business address is 633 W. 5th Street, Suite 6900, Los Angeles, California 90071.

I served the following documents:

- **PLAINTIFF'S STATUS REPORT REGARDING UNPAID VENDORS**

on the parties in said action based on an agreement of the parties to accept service by electronic transmission. I sent this transmission through the CM/ECF System at 3:00 p.m.. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on Tuesday, April 2, 2013, at Los Angeles, California.

_____
Bridgette Lancaster

PROOF OF SERVICE

1