EXHIBIT A

# Exhibit "A" to Plaintiff's Status Report
Adli Law Group, P.C. v. Kaneka Corp., et al (and related actions); Case No. CV12-07377-GW(RZx)

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|---|---|---|---|---|---|
| 1. | Advanced Discovery, LLC (Aeryong Kim) | Kansas City, MO | Los Angeles, CA | Blowback printing of documents for CoQ10 case | $1,388.96 |
| 2. | Alderson Reporting Company | Wash., DC | Tyler, TX Watchung, NJ Germantown Hills, IL | Court reporter - deposition transcripts | $3,374.29 |
| 3. | American Language Services | Los Angeles, CA | Los Angeles, CA | Interpreter to prepare Kaneka witnesses for deposition | $5,234.00 |
| 4. | DGP Intelsius | Indiana | n/a – product purchase | BioTherm Packing systems to preserve microorganisms sampled from respondent factories during plant inspection in China for COQ10-ITC case | $997.98 |
| 5. | Deng Ke Yang | Hudson, OH | Hudson, OH | Physicist providing support to Dr. Harris (testifying expert) re measurement of molecular orientation of polymer films | $2,000.00 |
| 6. | HireCounsel/HC2 | New York, NY | Los Angeles, CA | Temporary contract lawyers & bilingual document reviewers to re Japanese and Chinese documents produced in litigation | $968,398.30 |
| 7. | Lee International IP Law Group | Korea | Korea | Legal advice re letters rogatory Kaneka desired for Korean witness | $2,315.00 |

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|---|---|---|---|---|---|
| 8. | Mukerrem Cakmak | Ohio | Ohio | Polyimide expert – non-testifying consultant to confirm work done by Kaneka expert, Dr. Harris | $3,050.00 |
| 9. | Roth Staffing | Orange, CA | Los Angeles, CA | Document reviewers and contract attorneys to review and identify foreign language documents produced during discovery | $381,175.10 |
| 10. | SNR Denton | Wash., DC | Wash., DC | Local counsel for Kaneka in ITC litigations | $113,172.52 |
| 11. | Superior Document Service | Los Angeles, CA | Los Angeles, CA | Photocopy service, prepare document binders, convert native f8iles to TIFF for production, DVD duplication, scanning to PDF | $6,236.34 |
| 12. | Tai E Int'l Patent & Law Office | Taiwan | Taiwan | File Kaneka patent application | $222.00 |
| 13. | The Nuance Group | Boston, MA | Los Angeles, CA | Bilingual document reviewers for foreign language documents produced in Kaneka's lawsuits | $39,089.39 |
| 14. | The TASA Group | Blue Bell, PA | Blue Bell, PA Los Angeles, CA | Expert services – Martin Jacobs, Kaneka's claim construction expert in *Kaneka v. JBS Hair* (ND Tex) | $6,690.80 |
| 15. | Trial Graphix | Dallas, TX | Dallas, TX Houston, TX | • Graphic design for PowerPoint presentation for scientific tutorial in *ZMC v. Kaneka* (SD Tex)<br>• Graphic design for scientific tutorial in SKPI-ITC matter | $21,861.85 |

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|-----|--------|----------------|---------------|--------------|-------------|
| 16. | U.S. Legal Support | New York, NY | Los Angeles, CA Wash., DC | Court reporter and videographer for various depositions in SKPI case | $5,845.73 |
| 17. | Want Sheng Bin (Forrest Wang) | Unknown (est. China) | China | Interpreter employed for China plant inspections during CoQ10 case | $9,251.08 |
| 18. | World Courier | Hyde Park, NY | Ann Arbor, MI Pasadena, TX Maryland Hts., MD Hyde Park, NY Humble, TX | Shipping materials (samples) for CoQ10 case | $2,321.65 |
| 19. | Yasuko Kawakami | Honolulu, HI | Osaka, Japan | • Interpreter for witness preparation (Uchida – Kaneka General Manager, QOL Division)<br>• Interpreter for Tomokazu Tachikawa deposition | $6,324.75 |
| 20. | Griffith Hack | Melbourne, Australia | Melbourne, Australia | Kaneka's Australian patent counsel; fees incurred in locating patent prosecution history required for production in CoQ10 case | $780.00 |
| 21. | NSF | Ann Arbor, MI Shanghai, China | Shanghai, China | Testing laboratory designated for China plant inspections performed in CoQ10-ITC case | $7,212.00 |

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|---|---|---|---|---|---|
| 22. | Veron & Associates | Paris, France | Paris, France | Kaneka's legal counsel for French infringement action Kaneka filed against Quimdis, Xiamen Kingdomway, Acerchem, Basic Nutrition & Shanghai Freeman Lifescience based upon European patents | $74,160.09 |
| 23. | Preu Bohlig & Partner | Dusseldorf, Germany | Dusseldorf, Germany | Kaneka's legal counsel for German infringement actions Kaneka filed against Kyowa Hakko Europe, GmbH & Zhejiang Medicine Co., Ltd in Germany | $18,009.89 |
| 24. | Watson & Band | Shanghai, China | Shanghai, China | Kaneka's legal counsel in China that obtained certificate allowing Kaneka to ship chemical samples from China plant inspections in CoQ10-ITC case | $2,299.34 |
| | | | | *Subtotal of Unpaid Vendors* | **$1,681,411.06** |

# PROOF OF SERVICE

Re:   Adli Law Group, P.C. v. Kaneka Corporation, et al.

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred. My business address is 633 W. 5th Street, Suite 6900, Los Angeles, California 90071.

I served the following documents:

- **EXHIBIT A OF PLAINTIFF'S STATUS REPORT REGARDING UNPAID VENDORS**

on the parties in said action based on an agreement of the parties to accept service by electronic transmission. I sent this transmission through the CM/ECF System at 3:00 p.m.. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on Tuesday, April 2, 2013, at Los Angeles, California.

_____
Bridgette Lancaster

PROOF OF SERVICE

1