# EXHIBIT B

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|---|---|---|---|---|---|
| 1. | Barrister Digital Solutions | Wash., DC | Wash., DC | Photocopy service for ITC trial documents (witness statements, DVD's, filing exhibits with ITC & service on opposing counsel) | $27,843.63 |
| 2. | Frank Harris & Assoc. | Boca Raton, FL | Wash., DC Florida | Kaneka's expert witness on polymer films for the SKPI-ITC trial – report preparation, deposition and trial testimony | $126,424.11 |
| 3. | Gregory Edwards | Wash., DC | Wash., DC Los Angeles, CA Houston, TX San Francisco, CA Dublin, OH Pasadena, TX New York, NY China | • Court reporter, deposition transcripts<br>• Chinese interpreter<br>• Videographer for China plant inspections<br>• Videographer for Kaneka's Texas plant inspection by respondents | $209,305.31 |
| 4. | Jan Brown & Assoc | Los Angeles, CA | San Francisco, CA | Court reporter – deposition transcript of Kaneka witnesses in UNO case (Kaneka v. JBS Hair, Inc., ND Tex.) | $2,728.80 |

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|---|---|---|---|---|---|
| 5. | Japan Interface | Silver Springs, MD | Wash., DC<br>Los Angeles, CA | • Interpreter for Kaneka witness preparation in LA (Yamaguchi, Tsunemi & Kaneshiro)<br>• Interpreter for SKPI-ITC Trial in Wash., DC<br>• Interpreter for deposition preparation of Kaneka witnesses (Hashimoto, Ueda, Yamada) in COQ10-OTC case | $55,962.90 |
| 6. | National Expert Witnesses LLC | Chestnut Hill, MA | Fanwood, NJ<br>Baltimore, MD<br>Wash., DC<br>Pasadena, TX<br>Houston, TX<br>Los Angeles, CA<br>China (plant inspections) | Expert services – ZMC v. Kaneka (SD Tex) & COQ10-ITC cases<br>• Antonio Moreira, Ph.D, claim construction expert for Kaneka in chemical and biochemcial engineering<br>• Neal Connors expert in fermentation microbiology & biotechnology | $220,316.86 |

| No. | Vendor | Vendor Address | Work Location | Type of Work | Amt. Unpaid |
|---|---|---|---|---|---|
| 7. | PharmaForensics | Ann Arbor, MI | China, Pasadena, TX, Wash., DC, Ann Arbor, MI | Expert services - Jeffry Kittendorf, Ph.D, Kaneka's expert witness in CoQ10-ITC re chemical analysis, medicinal chemistry & biochemistry<br>• Participate and analyze microorganisms sampled during China plant inspections;<br>• Collect samples at Kaneka Texas facility;<br>• Washington DC depositions<br>• Prepare expert reports | $95,177.25 |
| 8. | Raley & Bowick | Houston, TX | Houston, TX | Law firm serving as local counsel for Kaneka in *ZMC v. Kaneka* (SD Tex) | $6,352.14 |
| | | | | *Subtotal of Payments Claimed* | *$744,111.00* |

# PROOF OF SERVICE

Re: Adli Law Group, P.C. v. Kaneka Corporation, et al.

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred. My business address is 633 W. 5th Street, Suite 6900, Los Angeles, California 90071.

I served the following documents:

- **EXHIBIT B OF PLAINTIFF'S STATUS REPORT REGARDING UNPAID VENDORS**

on the parties in said action based on an agreement of the parties to accept service by electronic transmission. I sent this transmission through the CM/ECF System at 3:00 p.m.. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify under the penalty of perjury, that the foregoing is true and correct. Executed on Tuesday, April 2, 2013, at Los Angeles, California.

_____
Bridgette Lancaster

PROOF OF SERVICE

1