Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 112535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
          wsmith@vgeorgelaw.com

William F. Sondericker, Esq.
CARTER LEDYARD & MILBURN, LLP
2 Wall Street
New York, NY 10005-2072
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: sondericker@clm.com

Attorneys for Defendants
KANEKA CORPORATION and
KANEKA NORTH AMERICA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation,<br><br>    Plaintiff,<br>v.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>    Defendants.<br><br>KANEKA CORPORATION, a Japanese Corporation,<br><br>    Counter-Claimant,<br>v.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>    Counter-Defendants. | CASE NO. CV12-07377 GW (RZx)<br><br>[Assigned to Hon. George H. Wu, Courtroom 10]<br><br>**DEFENDANTS KANEKA CORPORATION AND KANEKA NORTH AMERICA LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND IMPROPER VENUE [F.R.C.P. 12(b)(3) and 12(b)(6)]**<br><br>[Filed concurrently with: Motion to Dismiss]<br><br>Date: May 2, 2013<br>Time: 8:30 a.m.<br>Crtrm: 10<br><br>Complaint Filed: August 28, 2012<br>Counter-Claim Filed: November 2, 2012<br>Trial Date: None Set. |

1
KANEKA CORP. AND KANEKA NORTH AMERICA LLC'S REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| HC2, INC., a Washington, DC Corporation, | |
| Plaintiff-Intervenor | |
| v. | |
| ADLI LAW GROUP, a California Corporation, KANEKA CORPORATION, a Japanese Corporation and KANEKA NORTH AMERICA, LLC, a Texas Limited Liability Company, | |
| Defendants-Intervenor | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence 201, Defendants Kaneka and Kaneka North America request that the Court take judicial notice of the following:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Certificate of Formation by the Office of the Secretary of State of Texas, authenticating Kaneka North America LLC's Certificate of Formation Limited Liability Company, filed February 15, 2012. These documents are all public records.

Dated: April 2, 2013         LAW OFFICES OF VICTOR L. GEORGE

                             By: /s/ Wayne C. Smith
                             _____
                             VICTOR L. GEORGE
                             WAYNE C. SMITH
                             Attorneys for Defendant
                             and Counter-Claimant
                             KANEKA CORPORATION

**EXHIBIT 1**



# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Kaneka North America LLC  
Filing Number: 801551698

Certificate of Formation					February 15, 2012

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on March 28, 2013.





John Steen  
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555		Fax: (512) 463-5709			Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB		TID: 10266				Document: 473377400004

Form 205
(Revised 05/11)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: $300

**Certificate of Formation
Limited Liability Company**

FILED
In the Office of the
Secretary of State of Texas
FEB 15 2012
Corporations Section

This space reserved for office use.

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Kaneka North America LLC

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Steven | C. | Skarke | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 6161 Underwood Road | Pasadena | TX | 77507 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☑ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☐ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

| GOVERNING PERSON 1 | | | |
|---|---|---|---|
| NAME (Enter the name of either an individual or an organization, but not both.) | | | |
| IF INDIVIDUAL | | | |
| Steven | C. | Skarke | |
| *First Name* | *M.I.* | *Last Name* | *Suffix* |
| OR | | | |
| IF ORGANIZATION | | | |
| | | | |
| *Organization Name* | | | |
| ADDRESS | | | |
| 6161 Underwood Road | Pasadena | TX ,USA | 77507 |
| *Street or Mailing Address* | *City* | *State  Country* | *Zip Code* |

| GOVERNING PERSON 2 |
| --- |
| NAME (Enter the name of either an individual or an organization, but not both.) <br> IF INDIVIDUAL |
| *First Name*             *M.I.*         *Last Name*                   *Suffix* <br> OR <br> IF ORGANIZATION |
| *Organization Name* <br> ADDRESS |
| *Street or Mailing Address*        *City*        *State*    *Country*    *Zip Code* |

| GOVERNING PERSON 3 |
| --- |
| NAME (Enter the name of either an individual or an organization, but not both.) <br> IF INDIVIDUAL |
| *First Name*             *M.I.*         *Last Name*                   *Suffix* <br> OR <br> IF ORGANIZATION |
| *Organization Name* <br> ADDRESS |
| *Street or Mailing Address*        *City*        *State*    *Country*    *Zip Code* |

## Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer:

William F. Sondericker
*Name*

| 2 Wall Street | New York | NY | 10005 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

## Effectiveness of Filing (Select either A, B, or C.)

A. [✓] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: February 14, 2012

*Signature of organizer*

William F. Sondericker
Printed or typed name of organizer