# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7377-GW(RZx) | Date | May 15, 2013 |
|---|---|---|---|

| Title | *Adli Law Group P.C. v. Kaneka Corporation, et al*, |
|---|---|

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                                          None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER**

    According to the Clerk's Office research, Attorney Almuhtada Smith is not admitted to practice in this Court. Mr. Smith was notified by email on March 5, 2013, that he or she is not admitted to practice in this Court and was given ten calendar days to respond by either providing proof of admission or applying for admission. As of this date, Mr. Smith has not responded. It is ordered that Almuhtada Smith is barred from any further appearances until he or she is admitted in this Court.

:

Initials of Preparer   JG