1  THOMAS J. KEARNEY (Bar No. 150202)
     tjk@amclaw.com
2  DAVID R. HUNT (Bar No. 110675)
     drh@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
4  Thirty-First Floor
   Los Angeles, California 90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  Attorneys for Counter-Defendant ADLI LAW GROUP, a
   California corporation, and DARIUSH G. ADLI, an
7  individual

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  ADLI LAW GROUP, a California          Case No. CV 12-07377 GW (RZx)
    corporation,
13
              Plaintiff,
14
       vs.                                **STIPULATION TO EXTEND**
15                                        **DEPOSITION DISCOVERY**
    KANEKA CORPORATION, a                 **DEADLINE, MEDIATION**
16  Japanese corporation; and KANEKA      **DEADLINE AND MEDIATION**
    NORTH AMERICA LLC, a Texas            **REPORTING CONFERENCE**
17  Limited Liability Company,

18            Defendants.

19                                        Date:     August 1, 2013
    KANEKA CORPORATION, a                 Time:     8:30 a.m.
20  Japanese corporation,                 Ctrm:     10

21            Counter-Claimant,
                                          Trial Date:   December 10, 2013
22     vs.

23  ADLI LAW GROUP, a California
    corporation; DARIUSH G. ADLI, an
24  individual; NICOLETTE HACHEM-
    SAWAYA, an individual,
25
              Counter-Defendants.
26

27  / / /

28  / / /

Counsel enter into this stipulation requesting extension of time for the deposition discovery deadline, mediation deadline and mediation reporting conference pursuant to the following recitals of fact:

WHEREAS, the complaint in this matter alleging failure to pay attorneys' fees and costs and seeking recovery of those fees and costs was filed by plaintiff Adli Law Group, a California corporation, against defendant Kaneka Corporation, a Japanese corporation, and Kaneka North America LLC, a Texas limited liability company, on August 28, 2012; and

WHEREAS, Kaneka Corporation, a Japanese corporation, filed a counterclaim against Adli Law Group, a California corporation, Dariush G. Adli, an individual, and Nicolette Hachem-Sawaya, an individual, alleging breach of fiduciary duty and legal malpractice on November 2, 2012 and served on November 2, 2012 upon counter-defendants; and

WHEREAS, on April 4, 2013, the Court set this matter for trial on December 10, 2013 and scheduled the relevant cutoff dates; and

WHEREAS, the mediation cutoff date and post-mediation status conference were both extended from July 17, 2013 and July 19, 2013 to August 15, 2013 and August 16, 2013 respectively, but no other deadlines or cutoffs have been continued or extended in this matter; and

WHEREAS, counter-defendants have responded to the counterclaim with two motions to dismiss under the Federal Rules of Civil Procedure, Rule 12(b)(6), both of which were granted, one with prejudice as to counter-defendant NH-S, and a third motion to dismiss under Rule 12(b)(6) brought by counter-defendants Adli Law Group and Dariush G. Adli is pending hearing in this court on August 22, 2013; and

WHEREAS, the parties have largely completed written discovery within the discovery limit although there are substantial outstanding issues for production of documents and responses to written discovery still pending, which the parties have met and conferred on and continue to meet and confer with respect to; and

WHEREAS, the parties have completed a Confidential Business Information Stipulation to a Protective Order, which is in the process of being signed and will be submitted to the Court forthwith for issuance of a Protective Order; and

WHEREAS, the parties have noticed multiple depositions, which have not proceeded due timing and availability issues and there is still pending an issue with respect to the location of depositions for the employees of defendant and counter-claimant Kaneka Corporation; and

WHEREAS, depositions are presently noticed to proceed as follows:

1. Raymond Chan on August 5, 2013;
2. Hirofumi Yamada on August 7, 2013;
3. Reiko Mizutani on August 8, 2013;
4. Kazuhiko Fujii on August 9, 2013;
5. Joseph Zito on August 13, 2013 in Washing, D.C.;
6. Patrick Woods on August 14, 2013 in Philadelphia, PA;
7. John Marquez on August 15, 2013 in Philadelphia, PA;
8. Nicolette Hachem-Sawaya on August 23, 2013;
9. Dariush G. Adli on September 9, 2013; and

WHEREAS, the parties have been unable to schedule a mediation due to conflicting prepaid travel plans and unavailability of counsel and have presently tentatively scheduled mediation before Donald McCarthy on September 18, 2013; and

WHEREAS, the mediation cutoff is currently scheduled for August 14, 2013 with a reporting conference scheduled on August 15, 2013, and a discovery cutoff is scheduled for August 16, 2013; and

WHEREAS, the parties by and through their counsel of record have entered into a stipulation to extend the deposition discovery cutoff, the mediation cutoff and the post-mediation status conference as set forth as follows:

///

3

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties to
2  this matter through their attorneys of record that the parties request the Court extend
3  and approve the deadlines set forth below as follows:
4      1.    The discovery cutoff as to percipient witnesses be extended from
5  August 16, 2013 to September 13, 2013;
6      2.    The mediation cutoff be extended from August 14, 2013 to
7  September 18, 2013; and
8      3.    The post-mediation status conference in this matter be continued from
9  August 15, 2013 to September 19, 2013 at 8:30 a.m. in this Court.

11  DATED: July 30, 2013        ADLI LAW GROUP P.C.

14  By: _____
        Daniel D. Harshman
15          Attorneys for Plaintiff Adli Law Group P.C.

17  DATED: July 30, 2013        ANDERSON, McPHARLIN & CONNERS LLP

20  By: _____
        Thomas J. Kearney
21          David R. Hunt
22          Attorneys for Counter-Defendant ADLI LAW
        GROUP, a California corporation, and DARIUSH
23          G. ADLI, an individual
24  ///
25  ///
26  ///
27  ///
28  ///

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1099455.1 05809-125

4

```
DATED: July 30, 2013          LAW OFFICES OF VICTOR L. GEORGE


                              By: _____
                                  Victor L. George
                                  Wayne C. Smith
                              Attorneys for Defedants and Defendants-in-
                              Intervention Kaneka corporation and Kaneka
                              North America LLC; and Counter-Complainant
                              Kaneka Corporation


DATED: July ___, 2013         GREENBERG, TRAURIG, LLP



                              By: _____
                                  Frank E. Merideth, Jr.
                              Attorneys for Plaintiff-in-Intervention HC2, Inc.
```

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1099455.1 05809-125

5

| | | |
|---|---|---|
| 1 | DATED: July ___, 2013 | LAW OFFICES OF VICTOR L. GEORGE |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Victor L. George<br>Wayne C. Smith |
| 6 | | Attorneys for Defedants and Defendants-in-Intervention Kaneka corporation and Kaneka North America LLC; and Counter-Complainant Kaneka Corporation |
| 7 | | |
| 8 | | |
| 9 | DATED: July 30, 2013 | GREENBERG, TRAURIG, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: _[signature]_____ |
| 13 | | Frank E. Merideth, Jr. |
| 14 | | Attorneys for Plaintiff-in-Intervention HC2, Inc. |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594