**THOMAS J. KEARNEY (Bar No. 150202)**
  tjk@amclaw.com
**DAVID R. HUNT (Bar No. 110675)**
  drh@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Counter-Defendant ADLI LAW GROUP, a California corporation, and DARIUSH G. ADLI, an individual**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>             Defendants. | Case No. CV 12-07377-GW(RZx)<br><br>**ORDER TO EXTEND DEPOSITION DISCOVERY DEADLINE, MEDIATION DEADLINE AND MEDIATION REPORTING CONFERENCE** |
| KANEKA CORPORATION, a Japanese corporation,<br><br>             Counter-Claimant,<br><br>     vs.<br><br>ADLI LAW GROUP, a California corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>             Counter-Defendants. | Trial Date:     December 10, 2013 |

/ / /

/ / /

1100131.1 05809-125

     Pursuant to stipulation between plaintiff ADLI LAW GROUP, defendants, defendants-in-intervention and counter-complainants KANEKA CORPORATION and KANEKA NORTH AMERICA LLC, counter-defendants ADLI LAW GROUP and DARIUSH G. ADLI, and Plaintiff-in-Intervention HC2, Inc. (collectively the "Parties"), and being fully advised by the Parties, and good cause appearing, the Court now enters the following order:

     1.    The discovery cutoff as to the depositions of percipient witnesses is extended from August 16, 2013 to September 13, 2013;

     2.    The mediation cutoff is extended from August 14, 2013 to September 18, 2013; and

     3.    The post-mediation status conference in this matter is continued from August 15, 2013 to **September 19, 2013 at 8:30 a.m.** in this Court.

Dated: August 5, 2013

_____
HON. GEORGE H. WU
JUDGE OF UNITED STATES DISTRICT COURT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1100131.1 05809-125