**THOMAS J. KEARNEY (Bar No. 150202)**
  tjk@amclaw.com
**DAVID R. HUNT (Bar No. 110675)**
  drh@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Counter-Defendant ADLI LAW GROUP, a California corporation, and DARIUSH G. ADLI, an individual**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>              Defendants. | Case No. CV 12-07377 GW (RZx)<br><br>**STIPULATION TO EXTEND TIME FOR ADLI COUNTER-DEFENDANTS TO FILE ANSWER AND COUNTER CLAIMS**<br><br>Trial Date:     December 10, 2013 |
| KANEKA CORPORATION, a Japanese corporation,<br><br>              Counter-Claimant,<br><br>      vs.<br><br>ADLI LAW GROUP, a California corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual,<br><br>              Counter-Defendants. | |

/ / /

/ / /

1112116.1 05809-125

1
STIPULATION TO EXTEND TIME FOR ADLI COUNTER-DEFENDANTS TO FILE ANSWER AND COUNTER CLAIMS

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, the ADLI Counter-Defendants' Motion to Dismiss the Second Amended Counter-Claim of KANEKA CORPORATION was denied by this Court on August 22, 2013; and

WHEREAS , the Court ordered the ADLI Counter-Defendants to file their responsive pleading within 14 days of the date of denial of their Motion to Dismiss; and

WHEREAS, the parties are currently engaged in written and deposition discovery making it difficult for them to effectively meet this deadline;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The date within which the ADLI Counter-Defendants may file their answer to the Second Amended Counter-Claim of KANEKA CORPORATION and any related counter-claims shall hereby be extended from September 5, 2013 to September 12, 2013, at which time the ADLI Counter-Defendants shall manually file their answer and counter-claims and thereafter electronically serve and file a conformed copy of that document.

In acknowledgment of agreement to the above, the parties' attorneys have set forth their signatures below at the dates presented.

DATED: September 5, 2013        ADLI LAW GROUP P.C.

By: ___/s/_____
      Daniel D. Harshman
      Attorneys for Plaintiff Adli Law Group P.C.

/ / /

/ / /

/ / /

1112116.1 05809-125

2
STIPULATION TO EXTEND TIME FOR ADLI COUNTER-DEFENDANTS TO FILE ANSWER AND COUNTER CLAIMS

| | | |
|---|---|---|
| DATED: September 5, 2013 | | ANDERSON, McPHARLIN & CONNERS LLP |

By:  /s/
Thomas J. Kearney
David R. Hunt

Attorneys for Counter-Defendant ADLI LAW GROUP, a California corporation, and DARIUSH G. ADLI, an individual

DATED: September 5, 2013    LAW OFFICES OF VICTOR L. GEORGE

By:  /s/
Victor L. George
Wayne C. Smith

Attorneys for Defedants and Defendants-in-Intervention Kaneka corporation and Kaneka North America LLC; and Counter-Complainant Kaneka Corporation

DATED: September 5, 2013    GREENBERG, TRAURIG, LLP

By:  /s/
Frank E. Merideth, Jr.

Attorneys for Plaintiff-in-Intervention HC2, Inc.

/ / /
/ / /
/ / /
/ / /
/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1112116.1 05809-125

| | |
|---|---|
| 1  DATED: September 5, 2013 | ANDERSON, McPHARLIN & CONNERS LLP |

By:   /s/
    Thomas J. Kearney
    David R. Hunt
Attorneys for Counter-Defendant ADLI LAW GROUP, a California corporation, and DARIUSH G. ADLI, an individual

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1112116.1 05809-125

4
STIPULATION TO EXTEND TIME FOR ADLI COUNTER-DEFENDANTS TO FILE ANSWER AND COUNTER CLAIMS