UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-07377 GW (RZx) | Date | September 6, 2013 |
|---|---|---|---|
| Title | ADLI LAW GROUP P C v. KANEKA CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   In Chambers –
**EX PARTE APPLICATION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S DISCOVERY MOTION**
Filed September 4, 2013 - Doc 102

      Counter-Defendants' ADLI Law Group and Dariush Adli's ex parte application for an order shortening time to hear discovery motions is denied. These issues could have been addressed a month ago at the latest, and no doubt some of them could have been resolved without motion of any kind. Indeed, it appears that some of them *have* been resolved or are in the process of being resolved. Even as to issues concerning the Zito deposition, it is not credible that, in this age of technological advancement, the moving parties could not have made arrangements to have a transcript prepared more expeditiously. (Even before the age of computer-assisted reporting, parties could obtain transcripts overnight if needed). The moving parties have not made out a showing for compressing the time to hear their motion, to do so out of turn, and to do so ahead of all the others who have followed the appropriate rules and procedures. *See In re Intermagnetics America, Inc.,* 101 B.R. 191 (C.D. Cal. 1989); *Mission Power Engineering Co. v. Continental Cas. Co.,* 883 F. Supp. 488 (C.D. Cal. 1995).

|  | : |
|---|---|
| Initials of Preparer | igb |