Daniel D. Harshman, Esq. [SBN 177139]
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
444 South Flower St., Suite 1750
Los Angeles, CA 90071
Tel: 213-623.6546
Fax: 213.623.6554

Attorneys for Plaintiff & Defendant-Intervention
ADLI LAW GROUP, P.C.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>CROSS-COMPLAINANT ADLI LAW GROUP, P.C.'S REQUEST FOR ENTRY OF DEFAULT AGAINST CROSS-DEFENDANT KANEKA CORPORATION |
| KANEKA CORPORATION, a Japanese Corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>ADLI LAW GROUP, P.C. a California Corporation; DARIUSH G. ADLI, an individual; and NICOLETTE HACHEM-SAWAYA, an individual,<br><br>Counter-Defendants. | Ctrm: 10-Spring St.<br>Judge: Hon. George H. Wu<br>Trial: December 10, 2013 |

- 1 -
CROSS-COMPLAINANT'S REQUEST FOR ENTRY OF DEFAULT
AGAINST CROSS-DEFENDANT KANEKA CORPORATION

| | |
|---|---|
| 1 | HC2, INC., a Washington D.C. Corporation, |
| 2 | |
| 3 | Plaintiff-Intervenor, |
| 4 | vs. |
| 5 | ADLI LAW GROUP, P.C., a California Corporation, KANEKA |
| 6 | CORPORATION, a Japanese Corporation and KANEKA NORTH |
| 7 | AMERICA, LLC, a Texas Limited Liability Company, |
| 8 | |
| 9 | Defendants-Intervenor. |
| 10 | ADLI LAW GROUP P.C., a California Professional Corporation, |
| 11 | |
| 12 | Cross-complainant, |
| 13 | vs. |
| 14 | KANEKA CORPORATION, a Japanese Corporation, |
| 15 | Cross-defendant. |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

Cross-Complainant Adli Law Group, P.C. hereby requests the Clerk of the above-entitled Court to enter a default in this matter against Cross-Defendant KANEKA CORPORATION on the ground that the Cross-Defendant failed to respond to the Cross-Complaint [Docket #62] for more than one hundred forty (140) days. Cross-Complainant served the Cross-Complaint on April 3, 2013 as evidenced by the proof of service on file with this Court. [Docket #62 & 62-1]. The Cross-Complaint was also served electronically pursuant to Local Rule 5-3.3 on April 5, 2013. [Harshman Decl. at ¶4].

Rule 7(a)(4) of the Federal Rules of Civil Procedure contemplates that a party must respond to a cross-complaint. Rule 12(a)(1)(A) of the Federal Rule of Civil

Procedure required Kaneka Corporation to respond to the Cross-Complaint within twenty-one (21) days. An additional three days is added to the deadline pursuant to Rule 6(d) of the Federal Rules of Civil Procedure. Accordingly, Cross-Defendant Kaneka Corporation was required to respond to the Cross-Complaint no later than April 29, 2013. [Harshman Decl. ¶5-6].

Following a hearing before the District Court on May 2, 2013, Counsel for Cross-Complainant informed counsel for Kaneka Corporation that its answer was past due. Yet, the Cross-Defendant failed to plead or otherwise respond to the Cross-Complaint. [Harshman Decl. ¶8].

Pursuant to Rule 8(b)(6) of the Federal Rules of Civil Procedure, Cross-Defendant Kaneka Corporation has admitted the well pled factual averments contained in the Cross-Complaint.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the above facts are set forth in the Declaration of Daniel Harshman accompanying this Request for Entry of Default.

Dated: September 16, 2013

Respectfully submitted,

ADLI LAW GROUP P.C.

By: /s/ Daniel D. Harshman
Daniel D. Harshman, Esq.

Attorneys for Petitioner,
ADLI LAW GROUP P.C.