Daniel D. Harshman, Esq. [SBN 177139]
daniel.harshman@adlilaw.com
ADLI LAW GROUP P.C.
444 South Flower St, Suite 1750
Los Angeles, CA 90071
Tel: 213-623.6546
Fax: 213.623.6554

Attorneys for Plaintiff, ADLI LAW GROUP, P.C.

Thomas J. Kearney, Esq. SB # 150202
David R. Hunt, Esq., SB#110675
drh@amclaw.com
Jason Suh, Esq., SB#256573
jws@amclaw.com
ANDERSON MCPHARLIN & CONNERS LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 688-0080
Fax: (213) 622-7595

Attorneys for Counter-Defendants,
ADLI LAW GROUP, P.C. and DARIUSH ADLI

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLI LAW GROUP P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company,<br><br>Defendants. | Case No.: CV12-07377-GW(RZx)<br><br>DISCOVERY MOTION<br><br>AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM DEFENDANT KANEKA CORPORATION<br><br>[Joint Stipulation (Dkt #113-1); Declaration In Support (Dkt#113-2); Declaration re L.R. 37-2.4 (Dkt#113-1 at p.36) Previously Filed, Served and Lodged Concurrent with the Original Notice] |

| | |
|---|---|
| KANEKA CORPORATION, a Japanese Corporation,<br><br>        Counter-Claimant,<br><br>        vs.<br><br>ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual; and NICOLETTE HACHEM-SAWAYA, an individual,<br><br>        Counter-Defendants. | Hearing Date: October 21, 2013<br>Time: 10:00 a.m.<br>Discovery Cut-Off: Sept. 13, 2013<br>Motion Hrg Cut-Off: November 4, 2013<br>Pre-Trial Conf: December 2, 2013<br>Trial Date: December 10, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on Monday, October 21, 2013 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 540 at 255 East Temple Street, Los Angeles, California 90012, plaintiff and counter-defendant Adli Law Group, P.C. and counter-defendant Dariush Adli will and does hereby move the Court for an Order compelling discovery from defendant Kaneka Corporation. This Notice supersedes the Notice of Motion and Motion filed by Plaintiff and Counter-Defendants on September 13, 2013.

This motion is made on the following grounds:

1. That Kaneka Corporation affirmatively relinquished any waived any legal privileges by representing that no documents had been withheld from discovery on grounds of privilege and by subsequently attempting to serve an untimely privilege log seventy-seven days after serving written discovery responses;

2. That Kaneka Corporation wrongfully asserted the attorney client privilege against Adli Law Group over communications between and Adli Law Group employees and Kaneka Corporation during the period when Kaneka Corporation was a client of Adli Law Group. The law firm was within the scope of the attorney client privilege during its legal representation and, hence, such privilege

does not prevent disclosure to communications that law firm employees had with law firm clients.  Even if the privilege could apply, Kaneka Corporation waived the attorney client privilege pursuant to Evidence Code §958 by filing legal malpractice claims against Adli Law Group concerning the matters which were the subject of its employee's communications with Kaneka Corporation;

3. That Kaneka Corporation improperly asserted the attorney client privilege for emails that a non-lawyer, Kaneka employee sent to himself where no lawyer was involved according to the description reported in the privilege log;

4. That the attorney client privilege does not apply to communications that Kaneka Corporation had with third party vendors who worked for Adli Law Group and Kaneka Corporation.  Communications with non-lawyer, litigation vendors working for Adli Law Group do not fall within the attorney-client privilege;

5. That Kaneka Corporation must produce documents promised in its written discovery responses but which were never produced; and

6. That Kaneka Corporation improperly asserted the attorney client privilege over communications with a fact witnesses identified as an auditor by Kaneka's Rule 26 initial disclosures.  The auditor was not a lawyer for this case, did not provide legal advice and does not fall within the attorney client privilege

This motion is based upon this Notice of Motion, the supporting documents previously filed on September 13, 2013 including the Joint Stipulation filed pursuant to L.R. 37-2.2 [Docket # 113-1], the Declaration of Daniel Harshman pursuant to L.R. 37-2.4 [Docket # 113-1 at p. 36-37], the Declaration of Daniel Harshman and exhibits thereto [Docket #113-2 ], the papers and other records on file in this action, and on such additional evidence, argument or other matters as may be offered at the time of argument on this motion.

In accordance with Local Rule 7-3, this motion is made following a conference among counsel which took place by email on May 21, 2013, June 3, 2013, June 13, 2013 and August 2, 2013 and in person on August 7, 2013.

Respectfully submitted,

September 20, 2013                    ADLI LAW GROUP, P.C.

By: /s/ Daniel D. Harshman
Daniel D. Harshman, Esq.
Attorneys for Plaintiff,
ADLI LAW GROUP, P.C.

**PROOF OF SERVICE**

Re: Adli Law Group PC v Kaneka Corporation, et al. Case No. CV12-07377-GW-(RZx)

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Los Angeles, California in which county the within-mentioned mailing occurred. My business address 444 South Flower Street, Suite 1750, Los Angeles, California 90071.

I served the following document:

- **AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM DEFENDANT KANEKA CORPORATION**

[X] BY U.S. MAIL

| | |
|---|---|
| Victor L. George<br>Wayne C. Smith<br>Law Offices of Victor L. George<br>20355 Hawthorne Blvd., First Floor<br>Torrance, CA 90503 | Counsel for Kaneka Corporation |
| Thomas J. Kearney<br>David Robert Hunt<br>Jason W. Suh<br>Anderson McPharlin & Conners LLP<br>444 South Flower St., 31st Floor<br>Los Angeles, CA 90071 | Counsel for Counter-Defendant Adli Law Group, and Dr. Adli<br><br>Counsel for HC2, Inc. dba Hire Counsel |
| Frank E. Merideth, Jr.<br>Greenberg Traurig, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | |

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on September 20, 2013, at Los Angeles, California.

Bridgette Lancaster