1  Victor L. George, State Bar No. 110504
   Wayne C. Smith, State Bar No. 122535
2  LAW OFFICES OF VICTOR L. GEORGE
   20355 Hawthorne Blvd., First Floor
3  Torrance, CA 90503
   Tel:  (310) 698-0990
4  Fax: (310) 698-0995
   E-mail:  vgeorge@vgeorgelaw.com
5            wsmith@vgeorgelaw.com

6  William F. Sondericker, Esq.
   CARTER LEDYARD & MILBURN, LLP
7  2 Wall Street
   New York, NY 10005-2072
8  Tel:  (212) 732-3200
   Fax: (212) 732-3232
9  E-mail:  sondericker@clm.com

10 Attorneys for Defendants
   KANEKA CORPORATION and
11 KANEKA NORTH AMERICA LLC

12
                  **UNITED STATES DISTRICT COURT**
13
                  **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| ADLI LAW GROUP, a California Corporation, | CASE NO. CV12-07377 GW (RZx) |
| Plaintiff, | [Assigned to Hon. George H. Wu, Courtroom 10] |
| v. | |
| KANEKA CORPORATION, a Japanese Corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company, | **STIPULATION RE: WITHDRAWAL OF STIPULATION RE: PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL BUSINESS INFORMATION AND/OR TRADE SECRETS AND ATTORNEY/CLIENT PRIVILEGED MATERIAL** |
| Defendants. | |
| KANEKA CORPORATION, a Japanese Corporation, | |
| Counter-Claimant, | |
| v. | Complaint Filed: August 28, 2012<br>Counter-Claim Filed: November 2, 2012<br>Trial Date: December 10, 2013 |
| ADLI LAW GROUP, a California Corporation; DARIUSH G. ADLI, an individual, | |
| Counter-Defendants. | |

1
**STIPULATION RE: WITHDRAWAL OF STIPULATION RE: PROTECTIVE ORDER**

| | |
|---|---|
| 1 | HC2, INC., a Washington, DC Corporation, |
| 2 | |
| 3 | Plaintiff-Intervenor, |
| 4 | v. |
| 5 | ADLI LAW GROUP, a California Corporation, KANEKA CORPORATION, a Japanese Corporation and KANEKA NORTH AMERICA, LLC, a Texas Limited Liability Company, |
| 6 | |
| 7 | |
| 8 | Defendants-Intervenor. |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL STIPULATE AND AGREE AS FOLLOWS:

WHEREAS on or about August 27, 2013 the parties stipulated, agreed and filed the document entitled Stipulation Re: Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Business Information And/or Trade Secrets and Attorney/client Privileged Material (**Exhibit 1**) ("Stipulation for Protective Order");

WHEREAS the parties have agreed to withdraw the Stipulation for Protective Order;

WHEREAS the parties stipulate and agree to withdraw the Stipulation for Protective Order.

Dated: September 20, 2013       LAW OFFICES OF VICTOR L. GEORGE

                            /s/ Wayne C. Smith
                    By:_____
                        VICTOR L. GEORGE
                        WAYNE C. SMITH
                        Attorneys for Defendants
                        KANEKA CORPORATION and
                        KANEKA NORTH AMERICA LLC
                        and Counter-Claimant
                        KANEKA CORPORATION

///

2
**STIPULATION RE: WITHDRAWAL OF STIPULATION RE: PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | Dated: September 20, 2013 | ADLI LAW GROUP PC |
| 2 | | |
| 3 | | By: /s/ Daniel Harshman |
| 4 | | DANIEL HARSHMAN<br>Attorneys for ADLI LAW GROUP<br>and DARIUSH G. ADLI |
| 5 | | |
| 6 | Dated: September___, 2013 | ANDERSON, McPHARLIN & CONNERS LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | THOMAS J. KEARNEY<br>DAVID R. HUNT<br>Attorneys for Counter Defendants,<br>ADLI LAW GROUP AND<br>DARIUSH G. ADLI |
| 10 | | |
| 11 | | |
| 12 | Dated: September 20, 2013 | GREENBERG, TRAURIG, LLP |
| 13 | | |
| 14 | | By: /s/ Frank E. Merideth |
| 15 | | FRANK E. MERIDETH, JR<br>Attorneys for Intervenor, HC2 |

3

**STIPULATION RE: WITHDRAWAL OF STIPULATION RE: PROTECTIVE ORDER**

1  Dated: September___, 2013    ADLI LAW GROUP PC

2
                                By:_____
3                                   DANIEL HARSHMAN
                                    Attorneys for ADLI LAW GROUP
4                                   and DARIUSH G. ADLI

5
   Dated: September___, 2013    ANDERSON, McPHARLIN & CONNERS
6                                LLP

7
                                By:_____
8                                   THOMAS J. KEARNEY
                                    DAVID R. HUNT
9                                   Attorneys for Counter Defendants,
                                    ADLI LAW GROUP AND
10                                  DARIUSH G. ADLI

11

12 Dated: September___, 2013    GREENBERG, TRAURIG, LLP

13
                                By:_____
14                                  FRANK E. MERIDETH, JR
                                    Attorneys for Intervenor, HC2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE: WITHDRAWAL OF STIPULATION RE: PROTECTIVE ORDER**