1  THOMAS J. KEARNEY (Bar No. 150202)
     tjk@amclaw.com
2  DAVID R. HUNT (Bar No. 110675)
     drh@amclaw.com
3  JASON W. SUH (Bar No. 256573)
     jws@amclaw.com
4  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
5  Thirty-First Floor
   Los Angeles, California 90071-2901
6  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

7  Attorneys for Counter-Defendant ADLI LAW GROUP, a
   California corporation, and DARIUSH G. ADLI, an
8  individual

9

10                    UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| 13  ADLI LAW GROUP, a California corporation, | Case No. CV 12-07377 GW (RZx) |
|---|---|
| 14         Plaintiff, | |
| 15  vs. | |
| 16  KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company, | **STIPULATION TO EXTEND TIME FOR DEPOSITION DISCOVERY AND FOR EXPERT DISCLOSURE AND EXPERT DEPOSITON CUTOFF** |
| 19         Defendants. | |
| 20  KANEKA CORPORATION, a Japanese corporation, | |
| 22         Counter-Claimant, | Trial Date:   December 10, 2013 |
| 23  vs. | |
| 24  ADLI LAW GROUP, a California corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual, | |
| 26         Counter-Defendants. | |

28  ///

1110195.1 05809-125

1  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL,
2  STIPULATE AND AGREE AS FOLLOWS:
3  WHEREAS, DARIUSH E. ADLI and ADLI LAW GROUP PC'S ("ADLI
4  Counter-Defendants") Motion to Dismiss the Second Amended Counter-Claim of
5  KANEKA CORPORATION was denied by this Court on August 22, 2013; and
6  WHEREAS, the Court ordered the ADLI Counter-Defendants to file their
7  responsive pleading within 14 days of the date of denial of their Motion to Dismiss;
8  and
9  WHEREAS, this Court previously granted an extension of time for ADLI
10  Counter-Defendants to file their responsive pleading from September 5, 2013 to
11  September 12, 2013 and the answer has now been filed on September 13, 2013; and
12  WHEREAS, on August 22, 2013 the Magistrate Judge denied Defendant and
13  Counter-Claimant Kaneka Corporation's ex parte application for a protective order
14  to have its employees deposed in Japan; and
15  WHEREAS, the parties are currently engaged in extensive deposition
16  discovery of witnesses coming from Japan and of witnesses in Philadelphia and San
17  Diego making it difficult for them to effectively meet the deadlines for ADLI
18  Counter-Defendants to file a responsive pleading; and
19  WHEREAS, the parties have been prevented from completing their discovery
20  and investigation in this matter as a result of the fact that this litigation arises from
21  proceedings before the United States International Trade Commission in which
22  protective orders were entered for the purposes of protecting the confidential
23  business information of all of the parties in those proceedings;
24  WHEREAS, a stipulation for a protective order necessary to protect
25  confidential business information and attorney/client communications tendered by
26  the parties to this litigation was rejected by the Magistrate Judge on August 17,
27  2013; and
28  WHEREAS a new stipulation for a protective order necessary to protect

confidential business information and attorney/client communications was resubmitted to the Magistrate Judge with further information and provisions establishing good cause on August 29, 2013 for his further consideration; and

WHEREAS, not yet received a response from the Magistrate Judge to their resubmitted request for a protective order, the parties have submitted a stipulation for withdrawal of that submittal and have resubmitted the stipulation for a protective order to the Honorable George Wu, District Court Judge; and

WHEREAS, the information which the parties have not been able to access before the United States International Trade Commission is critical to both the defense and prosecution of this matter and must be accessed for the purposes of preparing experts to provide opinions and testimony; and

WHEREAS, this matter is set for trial on December 10, 2013 and as such expert designations were due on or before September 11, 2013, pursuant to the provisions of Federal Rule of Civil Procedure 26(a)(2)(D), and the parties informally agreed together to extend the time to designate to and including October 21, 2013;

NOW, THEREFORE, the parties stipulate and agreed as follows:

1.  The deposition discovery cutoff for the taking of depositions noticed within the extended discovery limit of September 13, 2013, specifically the depositions of Kaneka employees Iwao Funahashi, Greg Albert and Kzauhiko Fujii, and the depositions of Kaneka 30(b)(6) witnesses as noticed by Adli Law as Plaintiff, noticed by Ali Law and Dariush Adli as Counter-Defendants, and as noticed by Intervener HC2, Inc., the completion of the depositions of Kaneka employees Hirofumi Yamada and Reiko Mitzutani, and the depositions of Dariush Adli and Nikki Hechem-Sawaya, is extended to and including October 31, 2013 for completion said depositions.

2.  The expert designation date shall hereby be extended from September 11, 2013 to October 21, 2013, at which time the parties shall disclose

1 | experts in compliance with Rule 26.
2 |    3.    The parties shall take what expert depositions they choose on or before
3 | November 6, 2013 and shall cooperate fully with each other in setting those
4 | depositions.
5 |    4.    Rebuttal experts, to the extent there are any, shall be designated by the
6 | parties on or before close of business on November 1, 2013 via email transmittal
7 | and their depositions, if any there be, shall be completed by November 15, 2013.
8 | In acknowledgment of agreement to the above, the parties' attorneys have set
9 | forth their signatures below at the dates presented.

DATED: September 24, 2013     ADLI LAW GROUP P.C.

By: _____
Daniel D. Harshman
Attorneys for Plaintiff Adli Law Group P.C.

DATED: September 24, 2013     ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Thomas J. Kearney
David R. Hunt
Jason Suh
Attorneys for Counter-Defendant ADLI LAW GROUP, a California corporation, and DARIUSH G. ADLI, an individual

| | | |
|---|---|---|
| 1 | DATED: September 30, 2013 | LAW OFFICES OF VICTOR L. GEORGE |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Victor L. George  per 9/30/13 email<br>Wayne C. Smith |
| 6 | | Attorneys for Defedants and Defendants-in-Intervention Kaneka corporation and Kaneka North America LLC; and Counter-Complainant Kaneka Corporation |
| 7 | | |
| 8 | | |
| 9 | DATED: September 30, 2013 | GREENBERG, TRAURIG, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Frank E. Merideth, Jr.  per 9/12/13 email |
| 14 | | Attorneys for Plaintiff-in-Intervention HC2, Inc. |

5