**THOMAS J. KEARNEY (Bar No. 150202)**
   tjk@amclaw.com
**DAVID R. HUNT (Bar No. 110675)**
   drh@amclaw.com
**JASON W. SUH (Bar No. 256573)**
   jws@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

JS-6

**Attorneys for Counter-Defendants ADLI LAW GROUP
and DARIUSH G. ADLI**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADLI LAW GROUP, a California corporation, | Case No. CV 12-07377-GW(RZx) |
| Plaintiff, | **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | Trial Date:        Vacated |
| KANEKA CORPORATION, a Japanese corporation; and KANEKA NORTH AMERICA LLC, a Texas Limited Liability Company, | |
| Defendants. | |
| KANEKA CORPORATION, a Japanese corporation, | |
| Counter-Claimant, | |
| vs. | |
| ADLI LAW GROUP, a California corporation; DARIUSH G. ADLI, an individual; NICOLETTE HACHEM-SAWAYA, an individual, | |
| Counter-Defendants. | |

/ / /

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

## <u>ORDER</u>

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety, including all claims, complaints, counterclaims and complaints-in-intervention, with prejudice.  Each party shall bear his, her or its own fees and costs for this action.

**IT IS SO ORDERED.**

DATED:  January 13, 2014

_____
Honorable George H. Wu
United States District Judge

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594